IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THERESA ALLEN, INDIVIDUALLY, | § | |
| AND AS NEXT FRIEND TO ELISHA TYRELL | § | |
| ALLEN AND KATELYNN TYREAL ALLEN | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | |
| | § | |
| TEXAS DEPARTMENT OF FAMILY AND | § | |
| PROTECTIVE SERVICES, HOWARD BALDWIN, | § | CIVIL ACTION NO. 4:11-CV-04170 |
| YOLANDA ALPOUGH, ADRIAN HOMER, | § | |
| STEPHANIE HAMMON, IVY CHAMBERS, | § | |
| AND UNKNOWN COMMISSIONERS, | § | |
| SUPERVISORS OR DIRECTORS OF | § | |
| YOLANDA ALPOUGH, ADRIAN HOMER | § | |
| AND STEPHANIE HAMMON | § | |
| DEFENDANTS | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE VANESSA GILMORE, United States District Judge:

Now come the Defendants Texas Department of Family and Protective Services ("DFPS"), Howard Baldwin, Yolanda Alpough, Adrian Homer, Stephanie Hammon and Ivy Chambers, and certify to the Court that to the best of their knowledge, the only persons/entities that are financially interested in the outcome of this litigation are the parties to this litigation. It is further certified that DFPS is an agency of the State of Texas and the individuals named above are employees of DFPS.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

ROBERT B. O'KEEFE
General Litigation Division Chief


/s/ Timothy E. Bray_____
**TIMOTHY E. BRAY**
**Attorney-in-Charge**
Texas Bar No. 24061240
Southern District ID No. 898728
Tim.Bray@oag.state.tx.us
Assistant Attorney General
Office of the Attorney General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 29, 2011, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) with the Clerk of the Court of the U.S. District Court for the Southern District of Texas, and that counsel identified below would be advised of and given access to a copy of the filing.

Mr. Chris Branson
5380 West 34th Street #221
Houston, Texas 77092
Attorney in Charge for Plaintiff Theresa Allen

Additionally, copies were sent via U.S. First Class Mail to:

Mr. Steven D. Poock                     Mr. Tom Sanders
P.O. Box 984                            P.O. Box 1860
Sugar Land, Texas 77487                 Sugar Land, Texas 77478
Attorney in Charge for                  Attorney in Charge for
Plaintiff Elisha Tyrell Allen           Plaintiff Katelynn Allen


/s/ Timothy E. Bray_____
**TIMOTHY E. BRAY**
Assistant Attorney General