

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

**TIMOTHY EARL BRAY**
Assistant Attorney General
General Litigation Division

PHONE:   (512) 463-2120
FAX:   (512) 320-0667
EMAIL: Tim.Bray@oag.state.tx.us

February 22, 2012

Mr. Michael N. Milby
515 Rusk Ave., Rm. 5401
Houston, Texas 77002

Re: **VACATION LETTER**
*Theresa Allen et al. v. Texas Dept. of Family & Protective Services et al.*
U.S. District Court for the Southern District of Texas; Civil Action No. 4:11-cv-04170

Dear Clerk:

With regard to the matter referenced above, this letter serves as written notice that I will be on vacation during the weeks of **July 2, 2012** and **July 9, 2012**. During this time period I respectfully request that no hearings or trial be scheduled. By copy of this letter, I am notifying all counsel of record requesting that they not schedule depositions or hearings during this time as well.

Should you need to contact me during this time, please feel free to contact either Peggy Hernandez or Laura Redd at (512) 463-2120. Thank you for your attention and assistance.

Sincerely,

Timothy E. Bray

/llr
cc:   Chris Branson
      Steven Poock
      Tom Sanders
      Rosa Rohr