IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, AND AS NEXT FRIEND TO ELISHA TYRELL ALLEN AND KATELYNN TYREAL ALLEN<br>    PLAINTIFFS<br><br>V.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, AND UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>    DEFENDANTS | CIVIL ACTION NO. 4:11-CV-04170 |

## ORDER

Before the Court is the *Defendants' Motion to Dismiss*. After consideration of the written submissions, the Court is of the opinion that the motion should be and is hereby <u>GRANTED</u> in its entirety. Accordingly, (1) all of Plaintiffs' claims against the Texas Department of Family and Protective Services are hereby <u>DISMISSED</u> with prejudice; (2) all of Plaintiffs' claims against the individually-named defendants, in their official capacities, are hereby <u>DISMISSED</u> with prejudice; and (3) Count 1 of the Plaintiffs' Original Complaint is hereby <u>DISMISSED</u> with prejudice.

IT IS SO ORDERED this 5th day of March, 2012.

HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE