IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, § <br> AND AS NEXT FRIEND TO ELISHA TYRELL § <br> ALLEN AND KATELYNN TYREAL ALLEN § <br> PLAINTIFFS § <br> § <br> V. § <br> § <br> TEXAS DEPARTMENT OF FAMILY AND § <br> PROTECTIVE SERVICES, HOWARD BALDWIN, § <br> YOLANDA ALPOUGH, ADRIAN HOMER, § <br> STEPHANIE HAMMON, IVY CHAMBERS, § <br> AND UNKNOWN COMMISSIONERS, § <br> SUPERVISORS OR DIRECTORS OF § <br> YOLANDA ALPOUGH, ADRIAN HOMER § <br> AND STEPHANIE HAMMON § <br> DEFENDANTS § | CIVIL ACTION NO. 4:11-CV-04170 |

## ORDER

Before the Court is *Defendants' Unopposed Motion to Re-set the Initial Scheduling Conference*. The Motion is hereby **GRANTED** and the Initial Scheduling Conference is re-set to _May 4_, 2012. at 1:30 p.m.

It is so ORDERED this _21st_ day of _March_, 2012.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE