IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THERESA ALLEN, INDIVIDUALLY, <br> AND AS NEXT FRIEND TO ELISHA TYRELL <br> ALLEN AND KATELYNN TYREAL ALLEN <br>     PLAINTIFFS, <br><br> V. <br><br> TEXAS DEPARTMENT OF FAMILY AND <br> PROTECTIVE SERVICES, HOWARD BALDWIN, <br> YOLANDA ALPOUGH, ADRIAN HOMER, <br> STEPHANIE HAMMON, IVY CHAMBERS, <br> AND UNKNOWN COMMISSIONERS, <br> SUPERVISORS OR DIRECTORS OF <br> YOLANDA ALPOUGH, ADRIAN HOMER <br> AND STEPHANIE HAMMON <br>     DEFENDANTS. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:11-CV-04170 |

___

### DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL
___

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, Texas Department of Family and Protective Services ("DFPS"), Howard Baldwin, Yolanda Alpough, Adrian Homer, Stephanie Hammon and Ivy Chambers, in their individual capacities, and files this Notice of Substitution of Counsel of Record, respectfully showing the Court as follows:

1. Assistant Attorney General Gunnar P. Seaquist enters his appearance as counsel of record for Defendants, Texas Department of Family and Protective Services ("DFPS"), Howard Baldwin, Yolanda Alpough, Adrian Homer, Stephanie Hammon and Ivy Chambers, in their individual capacities, and its substitution as counsel for Assistant Attorney General Timothy Earl Bray, who is no longer assigned to this case.

2. Defendants, Defendants, Texas Department of Family and Protective Services ("DFPS"), Howard Baldwin, Yolanda Alpough, Adrian Homer, Stephanie Hammon and Ivy

Chambers, in their individual capacities,, asks that the Clerk of this Court and all counsel of record take notice of this change in representation for Defendants, Defendants, Texas Department of Family and Protective Services ("DFPS"), Howard Baldwin, Yolanda Alpough, Adrian Homer, Stephanie Hammon and Ivy Chambers, in their individual capacities,

    Respectfully submitted,

    **GREG ABBOTT**
    Attorney General of Texas

    **DANIEL T. HODGE**
    First Assistant Attorney General

    **DAVID C. MATTAX**
    Deputy Attorney General for Defense Litigation

    **ROBERT B. O'KEEFE**
    Chief, General Litigation Division

    /s/ Gunnar P. Seaquist
    Gunnar P. Seaquist
    *Assistant Attorney General*
    Texas Bar No. 24043358
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711
    Phone: (512) 475-4083
    Fax: (512) 320-0667
    *Attorneys for Defendant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on August 17, 2012, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) with the Clerk of the Court of the U.S. District Court for the Southern District of Texas, and that counsel identified below would be advised of and given access to a copy of the filing.

    Mr. Chris Branson
    5380 West 34th Street #221
    Houston, Texas 77092
    Attorney in Charge for Plaintiff Theresa Allen

Additionally, copies were sent via U.S. First Class Mail to:

| | |
|---|---|
| Mr. Steven D. Poock<br>P.O. Box 984<br>Sugar Land, Texas 77487<br>Attorney in Charge for<br>Plaintiff Elisha Tyrell Allen | Mr. Tom Sanders<br>P.O. Box 1860<br>Sugar Land, Texas 77478<br>Attorney in Charge for<br>Plaintiff Katelynn Tyrell Allen |

                                         /s/ Gunnar P. Seaquist
                                         Gunnar P. Seaquist