IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, AND AS NEXT FRIEND TO ELISHA TYRELL ALLEN AND KATELYNN TYREAL ALLEN<br>PLAINTIFFS<br><br>V.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, AND UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>DEFENDANTS | CIVIL ACTION NO. 4:11-CV-04170 |

## ORDER

Before the Court is the parties' *Joint Motion to Extend Discovery and Dispositive Motion Deadlines*. After consideration of the motion, the Court is of the opinion that the motion should be and is hereby **GRANTED** in its entirety. Accordingly, the Court hereby amends its scheduling order as follows:

*Discovery Motion deadline Feb. 1, 2013*
*Motion deadline March 1, 2013*
*Docket call June 28, 2013*

IT IS SO ORDERED this 26th day of Nov., 2012.

HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE