

# ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

---

GUNNAR SEAQUIST　　　　　　　　　　　　　　　　　　　　　　　PHONE: (512) 463-2120
Assistant Attorney General　　　　　　　　　　　　　　　　　　　　　FAX:　　(512) 320-0667
　　　　　　　　　　　　　　　　　　　EMAIL:　GUNNAR.SEAQUIST@texasattorneygeneral.gov

January 18, 2013

Mr. Steven D. Poock　　　　　　　　　　　　　Via: 7012 1010 0002 0825 9222
P.O. Box 984
Sugar Land, TX 77487

Mr. Tom Sanders　　　　　　　　　　　　　　Via: 7012 1010 0002 0825 9208
1019 Mill Shadow Court
Sugar Land, TX 77498-2688

Mr. Chris Branson　　　　　　　　　　　　　　Via: 7012 1010 0002 0825 9215
5380 W. 34th St. #221
Houston, TX 77002

Re:　*Theresa Allen et al. v. Texas Dept. of Family & Protective Services et al.* U.S. District Court for the Southern District of Texas; Civil Action No. 4:11-cv-04170.

Dear Counsel:

　　Please take notice that I will be out of the office on vacation from March 8-15, 2013 and September 6-13, 2013. I respectfully request that no trials, hearings, depositions, or any other activity requiring my presence be scheduled during this time period. Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gunnar P. Seaquist
　　　　　　　　　　　　　　　　　　　　　　　　　　GUNNAR P. SEAQUIST
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　General Litigation Division
　　　　　　　　　　　　　　　　　　　　　　　　　　(512) 463-2120

cc:　　Client via email