# TOM SANDERS

ATTORNEY
MAILING ADDRESS:
POST OFFICE BOX 1860
SUGAR LAND, TEXAS 77487
TELEPHONE:  (281) 242-9700   FAX:  (281) 242-8340
_____

January 21, 2013

Gunnar P. Seaquist
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548                           Sent by facsimile:      512.320.0667

Re:   *Theresa Allen et al. v. Texas Dept. of Family and Protective Services et al.* U.S. District Court for the Southern District of Texas; Civil Action 4:11-cv=04170.

VACATION SCHEDULE REQUEST
Southern Dist. of Texas Bar No.: 9735

Mr. Seaquist:

I will be on vacation for the time periods listed below:

- **March 4, 2013 to March 8, 2013; and**
- **May 13, 2013 to May 17, 2013.**

I respectfully request that no pre-trial proceedings be scheduled during the dates designated.

Thank you for your consideration in working around those dates.

>                            Sincerely,
>
>                             /s/ Tom Sanders_____
>                            Tom Sanders
>                            Attorney in Charge for Plaintiff K.T.A.

cc:   Chris Branson
      Steven D. Poock