IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THERESA ALLEN, INDIVIDUALLY, and as NEXT FRIEND to E.T.A. and K.T.A.<br>    Plaintiffs | §§§§§§§§§§§ | CIVIL ACTION NO. 4:11-cv-04170<br><br>JURY TRIAL REQUESTED |
| v. | §§ | |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, and UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>    Defendants | §§§§§§§§§§§§§ | |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE

Plaintiffs ask the Court to extend the Motions Deadline in this case. Defendants have reviewed this motion and are unopposed.

Plaintiffs and Defendants have agreed to continue discovery in this case and have been conducting depositions. The final depositions were scheduled for February 21, 2013. The depositions went long, however, and the final two were not conducted. The Parties have the final depositions scheduled for the week

1

after mediation, which is set for March 27, 2013. That date is the earliest one for which all parties are available.

Plaintiffs seek an extension of the Motions Deadline, currently set for March 2, 2013, so that Defendants may have all possible information to properly prepare their dispositive motions, and so that Plaintiffs may properly prepare their responses. Further, if settlement is reached, no motions or responses will, of course, be necessary.

Plaintiffs request that the Motions Deadline be extended to April 30, 2013.

Respectfully Submitted,

By: S/
CHRIS BRANSON
Texas Bar No.: 24009914
Southern Dist. of Texas Bar No.: 24128
5380 West 34th Street #221
Houston, Texas 77092
Tel: (832) 794-3338
Fax: (713) 290-1717
ATTORNEY IN CHARGE FOR
PLAINTIFF THERESA ALLEN

3

## **CERTIFICATE OF SERVICE**

All defendants are represented by attorney Gunnary Seaquist, Assistant Attorney General for the State of Texas. Service was accomplished in compliance with Federal Rule of Civil Procedure 5(b) this February 26, 2013.


S/
Chris Branson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, and as NEXT FRIEND to E.T.A. and K.T.A.<br>    Plaintiffs<br><br>v.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, and UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>    Defendants | CIVIL ACTION NO. 4:11-cv-04170<br><br>JURY TRIAL REQUESTED |

### ORDER ON PLAINTIFFS' MOTION TO EXTEND MOTIONS DEADLINE

After considering Plaintiffs' Motion to Extend Motions Deadline, the Court

**GRANTS** Plaintiffs' request for extension of Motions deadline, and extends said deadline to _____.

4