IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, and as NEXT FRIEND to E.T.A. and K.T.A.<br>    **Plaintiffs**<br><br>v.<br><br>**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, and UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON**<br>    **Defendants** | §§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:11-cv-04170<br><br>JURY TRIAL REQUESTED |

### ORDER ON PLAINTIFFS' MOTION TO EXTEND MOTIONS DEADLINE

After considering Plaintiffs' Motion to Extend Motions Deadline, the Court

**GRANTS** Plaintiffs' request for extension of Motions deadline, and extends said deadline to _May 30, 2013_. 2nd docket call is moved to August 30, 2013 @ 1:30 p.m.

Signed Feb. 27, 2013

_[signature]_
US District Judge

4