IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, and as NEXT FRIEND to E.T.A. and K.T.A.<br>**Plaintiffs**<br><br>v.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, and UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>**Defendants** | CIVIL ACTION NO. 4:11-cv-04170<br>JURY TRIAL REQUESTED |

## ORDER ON STEVEN POOCK'S MOTION TO WITHDRAW

After considering Steven Poock's Motion to Withdraw, the Court:

**GRANTS** the motion.

Steven Poock is hereby withdrawn as attorney of record for Plaintiff Theresa Allen ANF E.T.A., a minor.

Signed the 26th day of Feb., 2013.

_____
Honorable Judge Presiding