IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, and as NEXT FRIEND to E.T.A. and K.T.A.<br>*Plaintiffs*<br><br>v.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, and UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>*Defendants* | §§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:11-cv-04170<br>JURY TRIAL REQUESTED |

### ORDER ON TOM SANDERS' MOTION TO WITHDRAW

After considering Tom Sanders' Motion to Withdraw, the Court:

**GRANTS** the motion.

Tom Sanders is hereby withdrawn as attorney of record for Plaintiff Theresa Allen ANF K.T.A., a minor.

Signed the _6th_ day of _March_, 2013.

_____
Honorable Judge Presiding