IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, § <br> AND AS NEXT FRIEND TO ELISHA TYRELL § <br> ALLEN AND KATELYNN TYREAL ALLEN § <br>     PLAINTIFFS, § <br> § <br> V. § <br> § <br> TEXAS DEPARTMENT OF FAMILY AND § <br> PROTECTIVE SERVICES, HOWARD BALDWIN § <br> YOLANDA ALPOUGH, ADRIAN HOMER, § <br> STEPHANIE HAMMON, IVY CHAMBERS, § <br> AND UNKNOWN COMMISSIONERS, § <br> SUPERVISORS OR DIRECTORS OF § <br> YOLANDA ALPOUGH, ADRIAN HOMER § <br> AND STEPHANIE HAMMON § <br>     DEFENDANTS. § | CIVIL ACTION NO.4:11-CV-04170 |

---

**PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL**

---

TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW Plaintiffs, Theresa Allen, as next friend to Elisha Tyrell Allen and Katelynn Tyreal Allen files this Notice of Substitution of Counsel of Record, respectfully showing the Court as follows:

1.   Attorney Steven D. Poock and Attorney Tom Sanders have filed Motions to Withdraw as attorneys of record for Elisha Tyrell Allen and Katelynn Tyreal Allen, respectively.

2. Plaintiff Sonya O. Wallace of Wallace & Watson, P.C. enters her appearance as counsel of record for the Plaintiffs, Elisha Tyrell Allen and Katelynn Tyreal Allen.

3. Plaintiff, Theresa Allen as next friend to Elisha Tyrell Allen and Katelynn Tyreal Allen asks that the Clerk of this Court and all counsel of record take notice of this change in representation for Plaintiffs, Elisha Tyrell Allen and Katelynn Tyreal Allen.

Respectfully submitted,

Wallace & Watson, P.C.

/s/ Sonya Wallace
BY: Sonya Wallace
TBN: 20776455
Fed I.D. No. 10436
2626 South Loop West, Ste. 400
Houston, Texas 77054
Tele: 713-661-3231
Fax: 713-661-8212
Attorney for Plaintiffs
Elisha Tyrell Allen and
Katelynn Tyrell Allen
swallace4627@yahoo.com

**CERTIFICATE OF FILING AND SERVICE**

      I hereby certify that, on March 11, 2013, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) with the Clerk of the Court of the U.S. District Court for the Southern District of Texas, and that counsel identified below would be advised of and given access to a copy of the filing.

Gunnar P. Seaquist  
Assistant Attorney General  
General Litigation Division  
P.O. Box 12548, Capitol Station  
Austin, Texas 78711  
Phone: (512) 475-4083  
Fax: (512) 320-0667  
Attorney for Defendants

Mr. Chris Branson  
5380 West 34th Street #221  
Houston, Texas 77092  
Tele: 832-794-3338  
Fax:  713-290-1717  
Attorney in Charge for Plaintiff Theresa Allen

Mr. Steven D. Poock  
P.O. Box 984  
Sugar Land, Texas 77487  
Tele: 281-277-7678  
Fax:  281-277-7679

Mr. Tom Sanders  
P.O. Box 1860  
Sugar Land, Texas 77478  
Tele:  281-242-9700  
Fax:  281-242-8340