IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, and as NEXT FRIEND to E.T.A. and K.T.A.<br>　　Plaintiffs<br><br>v.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, and UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>　　Defendants | CIVIL ACTION NO. 4:11-cv-04170<br><br>JURY TRIAL REQUESTED |

## PLAINTIFFS' AMENDED LIST OF PERSONS AND ENTITIES THAT ARE FINANCIALLY INTERESTED IN CASE

　　Plaintiffs file this List of Persons and Entities that are Financially Interested in Case in compliance with this Court's Order for Conference.

**State of Texas**
Greg Abbott, Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

**Texas Department of Protective and Regulatory Services**
Howard Baldwin, Executive Director
701 West 51st Street
Austin, Texas 78751

1

**Howard Baldwin**
701 West 51st Street
Austin, Texas 78751

**Yolanda Alpough**
 2500 Bolsover
Houston, Texas 77005

**Adrian Homer**
 9333 Bryant
 Houston, Texas 77075

**Stephanie Hammon**
 2500 Bolsover
Houston, Texas 77005

**Ivy Chambers**
 2500 Bolsover
Houston, Texas 77005

**Unknown Commissioners, Supervisors or Directors of Yolanda Alpough, Adrian Homer and Stephanie Hammon**
Addresses Unknown

**Theresa Allen**
Plaintiff

**E.T.A. and K.T.A., Grandchildren of Theresa Allen**
Plaintiffs

**Chris Branson**
Attorney for Plaintiff Theresa Allen
5380 West 34th Street #221
Houston, Texas 77092

**Tom Sanders**
Former attorney for K.T.A.
P. O. Box 1860
Sugar Land, Texas 77478

**Steven Poock**
Former attorney for E.T.A.
P. O. Box 984
Sugar Land, Texas 77487

2

Respectfully Submitted,


By: S/
CHRIS BRANSON
Texas Bar No.: 24009914
Southern Dist. of Texas Bar No.: 24128
5380 West 34th Street #221
Houston, Texas 77092
Tel: (832) 794-3338
Fax: (713) 290-1717
ATTORNEY IN CHARGE FOR
PLAINTIFF THERESA ALLEN


## CERTIFICATE OF SERVICE

All defendants are represented by attorney Gunnar Seaquist, Assistant Attorney General for the State of Texas. Service was accomplished in compliance with Federal Rule of Civil Procedure 5(b) this May 6, 2012.

E.T.A. and K.T.A. are represented by attorney Sonya Wallace. Service was accomplished in compliance with Federal Rule of Civil Procedure 5(b) this May 6, 2012.


S/
Chris Branson