EXHIBIT "B"

## JUVENILE COURT, HARRIS COUNTY, TEXAS
### GENERAL ORDERS

Court: 314th
Cause: 2009-08650J
File Date: 07-Dec-09
Case Type: CPS - Termination

In The Matter Of:
ELISHA ALLEN (3#)
KATELYN ALLEN

Attorney: Clevenger-Jackson
D.A.: J. Rich - mom
CPS:
Child: K Flynn - AL

12/7/09 Shw 12/7/09
DEC 17 2009
SC: mom / drug test - F+cocaine
children in foster / children were picked up from father / parents love
Hair follicle / UA ordered on mom 1 F mom
(mom says this is covering adler) (mom wants family present to be bonded)
MC to CPS (Ms Edgerton)
Status: Feb 4, 2010

FEB 04 2010
Status hrg: FSP has endorsed the family plan mom
goal is unrel. adoption June 3rd 2010

JUN 03 2010
Atty: adoption / agreement mom has disagreed / father has possibly had memorial child on may 26
Next Hrg: Sep 30th 2010
AUG 12 2010 TDFPS CPS/rel by Child Adv Mgr/Mom/Stanley (Ruled)
Mot to Withdraw (conflict): Granted; pd (9/30/10)

TDFPS000184