EXHIBIT "C"

PARTIAL LISTING OF
"NO EMERGENCY HEARING" CASES
11/2008 through 10/2009

1. Cause No. 200809010J, In the Interest of Daniel Delgado, Ailani Delgado, Children, 314th District Court, Harris County, Texas

2. Cause No. 200901990J, In the Interest of Syria Brightmon, Cierra Brightmon, Children, 314th District Court, Harris County, Texas

3. Cause No. 200904042J, In the Interest of Amira Yasin, Child, 314th District Court, Harris County, Texas

4. Cause No. 200904438J, In the Interest of Baby Boy Bennani-McKoy aka Denim Ford, 314th District Court, Harris County, Texas

5. Cause No. 200905047J, In the Interest of Xavier E. Washington, Child, 314th District Court, Harris County, Texas

6. Cause No. 200905065J, In the Interest of Kaidynce Paige Green, Child, 314th District Court, Harris County, Texas

7. Cause No. 200905332J, In the Interest of Breanna Walker, Child, 314th District Court, Harris County, Texas

8. Cause No. 200905983J, In the Interest of Chalissa N. Lovelady, Child, 314th District Court, Harris County, Texas

9. Cause No. 200906454J, In the Interest of Lorena Hernandez, Miguel Angel Rojas, Jr., Judith Natalie Rojas, Children, 314th District Court, Harris County, Texas

10. Cause No. 200906532J, In the Interest of Jorge Villarreal, Child, 314th District Court, Harris County, Texas

11. Cause No. 200906529J, In the Interest of Barbara Villarreal, Raul Villarreal, Andy Villarreal, Children, 314th District Court, Harris County, Texas

12. Cause No. 200907087J, In the Interest of Isiah Kendrick, Child, 314th District Court, Harris County, Texas

13. Cause No. 200809010J, In the Interest of Daniel Delgado, Ailani Delgado, Children, 314th District Court, Harris County, Texas