1 Allen-2009-08650J/314th

| | |
|---|---|
| Case Name: | Allen,Renesha Y |
| Case #: | 32961531 |

# INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### SUMMARY

**Intake #:** 46766387
**Primary Allegation:** Sexual Abuse

**Date Reported:** 8/23/2009
**Time Reported:** 09:25 AM

**Worker Safety Issues:** N
**Sensitive Issues:** N
**Suspected Manufacturing of Methamphetamines:** N
**Special Handling:**

**L/E Notification Date:** 8/23/2009
**L/E Jurisdiction:** Houston Pd (e-Mail Only)

**Priority Determination:** 1

**Determination Factors:** Child age 0-6
Inadequate supervision
Caretakers don't/can't monitor child
Child overly emotional w/o outcry

**Reason for Closure:**
**Worker Taking Intake:** Valentine,Doryne
AUSTIN
(512) 929-6784
Ext. 1110

**Was there an open case on the family in the CPS INV, FBSS, FSU, or FRE stage on the date the intake was taken?**
**Screened by:** Kathlyn's FA

**Was the Intake formally screened?**

Joe Unknown
Nassau Bay
Colony Oaks Apts
3 years ago.

Mark Allen Andrews
2/25/86
6/28 33 4/3

Oakdale Private
School
1444 1960 W
77##
(281) 444-4547



9454

ID# ▇▇▇▇