## INVESTIGATION REPORT

| | |
|---|---|
| Case Name: | Allen, Renesha Y |
| Case #: | 32961531 |

| | | | |
|---|---|---|---|
| Intake Received: | 8/23/2009 | Caseworker: | Alpough, Yolanda E |
| Investigation Initiated: | 8/23/2009 | Supervisor: | Hammon, Stephani A |
| Investigation Completed: | 12/4/2009 | County: | HARRIS |
| Investigation Approved: | | Office: | 2500 BOLSOVER |
| Overall Disposition: | Unable to Determine | | HOUSTON, TX 77005-2590 |
| Risk Finding: | Risk Indicated | | |
| Recommended Action: | Removal/Subcare | | |
| Safety Decision: | SNS | | |
| Safety Plan Completed: | No | | |
| Sensitive Case: | Yes | | |
| Priority: | 1 | | |
| Multiple Referral: | | | |

### Intake Narrative

| | | | |
|---|---|---|---|
| Intake Received: | 8/23/2009 | Reporter Name: | Allen, Teresa |
| Stage ID: | 46766387 | Rel/Int: | Grandparent |
| Stage Type: | SXAB1 | Person ID: | 37553307 |
| | | Person Notes: | |

*Document worker safety issues, special or sensitive case handling information on the Special Handling Window.*

**GENERAL INFORMATION/DESCRIPTION:**
Household consists of MO, OV 4 yo m and 2 yo f and PP.

MO is using crack and marijuana. MO started using crack soon after leaving CPS supervision. MO has several male friends in and out of the residence.

On 8/23/2009, GMO visited the residence. PP is now living at the residence.
The house smelled of marijuana. MO's clothes smelled of crack. GMO was in one room out of sight of PP. SB went into the room where PP was located. PP grabbed SB by the arm, then put his hands on her breasts and pressed SB into his legs at his crouch. GMO confronted PP and told him to keep his penis away from SB.

SB is very aggressive towards men. SB will walk up to men and try to sit on their crouch near their penis. When SB is in the bath she will grab a towel and run it between her legs in a sexual way SB's behind is red and raw. SB is allergic to powder, however there is concern that SB may have been sexually abused.

On 8/24/2009, GMO went to the residence and told MO "that man is feeling on your child." MO denied SB was being abused.

A few months ago while staying with GMO, OV started wetting the bed holding his privates. When, asked if anything happened, OV would run off and "sing a crazy song acting like he was retarded." OV never wet the bed before. OV is also withdrawn. HE was not withdrawn in the past. OV would start screaming at the top of his lungs at night holding his penis.

GMO has been hesitant to report anything due to prior experience with CPS. GMO also was hopeful MO would protect OV and SB.

Texas Department Of Family and Protective Services

EXHIBIT NO. 7
B. SHEEN

DFPS 000141
Page 1 of 21

## INVESTIGATION REPORT

**Case Name: Allen, Renesha Y**
**Case #: 32961531**

Both OV and SB stay sick with colds and need to have a check-up. OV's head was full of sores like a bunch of bumps little. MO has been treating OV's sores with ointment. The sores do not appear infected.

MO is loosing weight. PP looks very sick.

Doryne Valentine, SWI II

**CONCLUSIONS:**
CPS, P1, risk of SXAB, NSUP
4 year old is overly emotionally without an outcry of SXAB. 2 year old displays sexually inappropriate behavior. Caregiver of victims is using illegal substances and does not adequately supervise victims.

26344955 MRG           CPS  CLD  Allen, Renesha Y  HARRIS  Begelton, Ladonna R  CPS Fam
Preservation  PRN

LOCATING INFORMATION: Directions. When the family is home. Where the victim can be seen.

## Allegation Detail

| Victim | Allegation | Alleged Perpetrator | Disposition | Severity |
|---|---|---|---|---|
| Allen, Elisha | Neglectful Supv. (CPS) | Allen, Renesha Y. | UTD | |
| The mother tested positive for cocaine, but it is unclear if the children were in her care during the time she was using. | | | | |
| Allen, Katelynn Tyreal | Neglectful Supv. (CPS) | Allen, Renesha Y. | UTD | |
| The mother tested positive for cocaine, but it is unclear if the children were in her care during the time she was using. | | | | |
| Allen, Elisha | Sexual Abuse | | R/O | |
| There was no disclosure of sexual or any other kind of abuse | | | | |
| Allen, Katelynn Tyreal | Sexual Abuse | Moore, Chester | R/O | |
| There was no disclosure of sexual or any other kind of abuse | | | | |

## Person List

**Reporter**

Texas Department Of Family and Protective Services

## INVESTIGATION REPORT

Case Name: Allen, Renesha Y
Case #: 32961531

Reporter: Allen, Teresa   Grandparent                Person ID: 37553307
Notes:

## Principal Information

| Name: Allen,, Katelynn Tyreal | Person ID: 39897788 | SSN: 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 |
|---|---|---|
| Rel/Int: Sibling | Role: | Unknown/Unable to Determine |
| DOB: 12/8/2006 | DOD: | |
| Age: 3 | Death Reason: | |
| Gender: Female | Date of Removal: | 12/4/2009 |
| Race: White | Ethnicity: | Not Hispanic |
| Address: 1402 DANBY HEATH LN HOUSTON, , TX 77073-6248 | Characteristics: | |

| Name: Allen,, Katelynn Tyreal | Person ID: 39897788 | SSN: 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 |
|---|---|---|
| Rel/Int: Sibling | Role: | Unknown/Unable to Determine |
| DOB: 12/8/2006 | DOD: | |
| Age: 3 | Death Reason: | |
| Gender: Female | Date of Removal: | 12/4/2009 |
| Race: Black | Ethnicity: | Not Hispanic |
| Address: 1402 DANBY HEATH LN HOUSTON, , TX 77073-6248 | Characteristics: | |

| Name: Allen,, Elisha | Person ID: 57991423 | SSN: 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 |
|---|---|---|
| Rel/Int: Oldest Victim | Role: | Unknown/Unable to Determine |
| DOB: 2/19/2005 | DOD: | |
| Age: 4 | Death Reason: | |
| Gender: Male | Date of Removal: | 12/4/2009 |
| Race: Black | Ethnicity: | Not Hispanic |
| Address: 1402 DANBY HEATH LN HOUSTON, , TX 77073-6248 | Characteristics: | |

| Name: Allen,, Elisha | Person ID: 57991423 | SSN: 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 |
|---|---|---|
| Rel/Int: Oldest Victim | Role: | Unknown/Unable to Determine |
| DOB: 2/19/2005 | DOD: | |
| Age: 4 | Death Reason: | |
| Gender: Male | Date of Removal: | 12/4/2009 |
| Race: White | Ethnicity: | Not Hispanic |
| Address: 1402 DANBY HEATH LN HOUSTON, , TX 77073-6248 | Characteristics: | |

| Name: Andrews, Mark Allen | Person ID: 61283343 | SSN: |
|---|---|---|
| Rel/Int: Absent Parent | Role: | No Role |
| DOB: 2/25/1986 | DOD: | |
| Age: 23 | Death Reason: | |
| Gender: Male | Date of Removal: | |
| Race: White | Ethnicity: | Not Hispanic |
| Address: | Characteristics: | Drugs Abuse-compulsive use or |

DFPS 000143

Texas Department Of Family and Protective Services                Page 3 of 21

## INVESTIGATION REPORT

Case Name: Allen, Renesha Y
Case #: 32961531

need
Teen Parent
Financial Problem-inability of family to provide sufficient financial resources to meet minimum needs

| Name: Allen, Renesha Y. | Person ID: 37553316 | SSN: 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 |
|---|---|---|
| Rel/Int: Parent<br>DOB: 2/12/1984<br>Age: 25<br>Gender: Female<br>Race: Black<br>Address: 2000 TIDWELL RD<br>HOUSTON, TX 77093-6655 | Role:<br>DOD:<br>Death Reason:<br>Date of Removal:<br>Ethnicity:<br>Characteristics: | Unknown/Unable to Determine<br><br>Not Hispanic<br>Public Assistance-AFDC, Medicaid, SSI, Food Stamps, etc.<br>Drugs Abuse-compulsive use or need<br>Financial Problem-inability of family to provide sufficient financial resources to meet minimum needs<br>Cognitively Impaired |

| Name: Allen, Teresa | Person ID: 37553307 | SSN: 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 |
|---|---|---|
| Rel/Int: Grandparent<br>DOB: 6/1/1966<br>Age: 43<br>Gender: Female<br>Race: Black<br>Address: 20919 BIRNAM WOOD BLVD<br>HUMBLE, TX 77338-1879 | Role:<br>DOD:<br>Death Reason:<br>Date of Removal:<br>Ethnicity:<br>Characteristics: | No Role<br><br>Not Hispanic<br>Teen Parent<br>Public Assistance-AFDC, Medicaid, SSI, Food Stamps, etc.<br>Financial Problem-inability of family to provide sufficient financial resources to meet minimum needs |

| Name: Moore, Chester | Person ID: 57991662 | SSN: 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 |
|---|---|---|
| Rel/Int: Par's Paramour<br>DOB: 8/8/1961<br>Age: 48<br>Gender: Male<br>Race: Black<br>Address: 2000 TIDWELL RD<br>HOUSTON, TX 77093-6655 | Role:<br>DOD:<br>Death Reason:<br>Date of Removal:<br>Ethnicity:<br>Characteristics: | No Role<br><br>Not Hispanic<br>Drugs Abuse-compulsive use or need |

### Collateral Information

| Name: | Rel/Int: | Gender: |
|---|---|---|

DFPS 000144

Texas Department Of Family and Protective Services.  Page 4 of 21

## INVESTIGATION REPORT

**Case Name:** Allen, Renesha Y
**Case #:** 32961531

### Abuse/Neglect History

| Response | Question |
|---|---|
| Yes | Abuse/Neglect History search completed during the Safety Assessment? |
| Yes | Abuse/Neglect History search completed at any time during the investigation on each principal? |
| Yes | Has there been a prior abuse/neglect investigation, regardless of finding (or for FAD, serious incidents or complaints)? |

**Summary of abuse/neglect history found?** 26344955 Prior RTB Drug history

### IMPACT History for All Principals

| Allen, Katelynn Tyreal | Case: 32961531 | Stage: 33168932 | Intake Date: 3/26/2007 |
|---|---|---|---|
| Allegation: Neglectful Supv. (CPS) | Role: Victim | Disp: Ruled Out | Sev: |
| Allegation: Physical Neglect | Role: Victim | Disp: Ruled Out | Sev: |

**Risk Finding:** Factors Controlled
**Removal(s):**

| Allen, Katelynn Tyreal | Case: 32961531 | Stage: 33562606 | Intake Date: 8/6/2007 |
|---|---|---|---|
| Allegation: Neglectful Supv. (CPS) | Role: Victim | Disp: Ruled Out | Sev: |

**Risk Finding:** Risk Indicated
**Removal(s):**

| Allen, Renesha Y. | Case: 32961531 | Stage: 31998450 | Intake Date: 3/8/2006 |
|---|---|---|---|
| Allegation: Neglectful Supv. (CPS) | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |
| Allegation: Physical Abuse | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |

**Risk Finding:** No Signif Factors
**Removal(s):**

| Allen, Renesha Y. | Case: 32961531 | Stage: 31998393 | Intake Date: 3/9/2006 |
|---|---|---|---|
| Allegation: Neglectful Supv. (CPS) | Role: Alleged Perpetrator | Disp: | Sev: |
| Allegation: Physical Abuse | Role: Alleged Perpetrator | Disp: | Sev: |

**Risk Finding:**
**Removal(s):**

| Allen, Renesha Y. | Case: 32961531 | Stage: 32061669 | Intake Date: 3/26/2006 |
|---|---|---|---|
| Allegation: Neglectful Supv. (CPS) | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |

**Risk Finding:** No Signif Factors
**Removal(s):**