# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
|---|
| Case #: 32961531 |

| Allen, Renesha Y. | Case: 32961531 | Stage: 33168932 | Intake Date: 3/26/2007 |
|---|---|---|---|
| Allegation: Neglectful Supv. (CPS) | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |
| Allegation: Neglectful Supv. (CPS) | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |
| Allegation: Physical Neglect | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |
| Allegation: Physical Neglect | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |

Risk Finding: Factors Controlled
Removal(s):

| Allen, Renesha Y. | Case: 32961531 | Stage: 33562606 | Intake Date: 8/6/2007 |
|---|---|---|---|
| Allegation: Neglectful Supv. (CPS) | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |
| Allegation: Neglectful Supv. (CPS) | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |
| Allegation: Physical Abuse | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |
| Allegation: Sexual Abuse | Role: Alleged Perpetrator | Disp: Ruled Out | Sev: |

Risk Finding: Risk Indicated
Removal(s):

| Allen, Teresa | Case: 32961531 | Stage: 31998450 | Intake Date: 3/6/2006 |
|---|---|---|---|

Risk Finding: No Signif Factors
Removal(s):

| Allen, Teresa | Case: 32961531 | Stage: 31998393 | Intake Date: 3/9/2006 |
|---|---|---|---|

Risk Finding:
Removal(s):

| Allen, Teresa | Case: 32961531 | Stage: 33562606 | Intake Date: 8/6/2007 |
|---|---|---|---|

Risk Finding: Risk Indicated
Removal(s):

## Criminal History

| Name: Allen, Renesha Y. | Date of Search: 4/5/2006 |
|---|---|

Type of Search: DPS Criminal History
Results: No-hit
Summary:
Comments:

DFPS 000146

## INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
| :--- |
| Case #: 32961531 |

| Name: Allen, Renesha Y. | Date of Search: 4/13/2007 |
| :--- | :--- |

**Type of Search:** DPS Criminal History
**Results:** No-hit
**Summary:**
**Comments:**

| Name: Allen, Renesha Y. | Date of Search: 8/10/2007 |
| :--- | :--- |

**Type of Search:** DPS Criminal History
**Results:** No-hit
**Summary:**
**Comments:**

| Name: Allen, Teresa | Date of Search: 8/15/2007 |
| :--- | :--- |

**Type of Search:** DPS Criminal History
**Results:** No-hit
**Summary:**
**Comments:**

| Name: Allen, Renesha Y. | Date of Search: 8/25/2009 |
| :--- | :--- |

**Type of Search:** DPS Criminal History
**Results:** Accept
**Summary:**
**Comments:** paper only

| Name: Allen, Renesha Y. | Date of Search: 8/25/2009 |
| :--- | :--- |

**Type of Search:** DPS Criminal History
**Results:** Accept
**Summary:**
**Comments:** paper only

| Name: Allen, Teresa | Date of Search: 11/20/2009 |
| :--- | :--- |

**Type of Search:** DPS Criminal History
**Results:** No-hit
**Summary:**
**Comments:**

| Name: Andrews, Mark Allen | Date of Search: 12/7/2009 |
| :--- | :--- |

**Type of Search:** DPS Criminal History
**Results:** Accept
**Summary:**

# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
| Case #: 32961531 |

**Comments:** 07/08/01 Burglary of a Vehicle, 1103/01 Credit Card State Jail Felony Juvenile 18 months probation, 07/24/02 Unuth use of a vehicle 09/04/06, 01/07/2007 Poss of Marij > 2oz, 04/23/07 Man / Del/ Cs 1 > = 4 G < 200 G sentenced 3 years

| Name: Moore, Chester | Date of Search: 8/25/2009 |

**Type of Search:** DPS Criminal History
**Results:** Accept
**Summary:**
**Comments:** 09/24/78 ROBBERY, 08/10/82 POSS OF MARIJ, 06/18/85 ROBBERY, 01/24/86 BURGLARY 15 YEARS CONFINEMENT, 08/19/05 RESISTING ARREST 60 DAYS, 11/25/05 CRIMINAL TRESPASS

## Safety Assessment

**Rationale for Safety Decision:**
No Significant Factors at this time

### Safety Threat Concerns

**Is There a Present Danger of Serious Harm?**

**Is Child Vulnerability Elevated?**
MO has a 4 year old and a 2 year old

**Is There Insufficient Protective Capacity?**

## Risk Assessment

**Rationale for Risk Finding:   Risk Indicated**

| Area of Concern - Child Vulnerability | Scale of Concern: Somewhat |
|---|---|
| CV.FP1 - Is any child five years old or younger or otherwise unable to protect him/herself? | Yes |
| CV.FP2 - Is any child physically impaired, mentally impaired, or otherwise in need of special care? | No |
| CV.CB1 - Is the behavior of any child hostile or aggressive or unusually disturbed, fussy, or irritable; or is the behavior of any child seen as provoking? | No |
| CV.CB2 - Does any child appear to fear retribution? | No |
| Concerns - Both children are under the age of 5 and MO has a drug history | |

| Area of Concern - Caregiver Capability | Scale of Concern: Considerable |
|---|---|
| CC.KS1 - Are any caregivers significantly lacking knowledge of child development? | No |
| CC.KS2 - Does any caregiver significantly lack the parenting skills needed to meet any child's behavioral and developmental needs? | Yes |
| CC.CT1 - Do the behaviors or discipline practices of any person seem violent or out of control? | No |
| CC.CT2 - Is the discipline used disproportionately harsh compared to the misbehavior? | Unknown |

DFPS 000148

# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
|---|
| Case #: 32961531 |

| | |
|---|---|
| CC.FN1 - Is any caregiver not coping due to recent stress or stress about child development issues, such as, toilet training, identity development, or parent-child conflict? | No |
| CC.FN2 - Are there indications of any person in the home with a mental illness, physical illness, or developmental disability (diagnosed or indicated)? | No |
| CC.FN3 - Are there indications of any person in the home abusing drugs or alcohol? | Yes |
| CC.FN4 - Are there indications of any person in the home engaging in criminal activities (e.g., drugs, weapons, violent crimes)? | Yes |
| CC.FN5 - Were any caregivers abused or neglected as children? | No |
| Concerns - MO admits to using drugs | |

| Area of Concern - Quality of Care | Scale of Concern: Very Little |
|---|---|
| QC.EC1 - Does any caregiver lack empathy for or show lack of attachment to any child? | No |
| QC.EC2 - Is any caregiver so self-centered or needy that his/her own needs are placed inappropriately above the needs of any child? | No |
| QC.EC3 - Is any child unwanted, disliked, or seen as a burden by any caregiver? | No |
| QC.EC4 - Is any child scapegoated, rejected, humiliated or treated differently by any caregiver? | No |
| QC.EC5 - Has any child experienced a significant separation from the primary parent? | No |
| QC.PC1 - Has any child been inadequately supervised or left with an inappropriate caregiver? | No |
| QC.PC2 - Has any child been denied essential medical treatment? | No |
| QC.PC3 - Is there an overall lack of physical care for any child? | No |
| Concerns - No concerns noted. | |

| Area of Concern - Maltreatment Pattern | Scale of Concern: Somewhat |
|---|---|
| MT.CS1 - Has any child received physical harm that appears to be inflicted (non-accidental) or requires medical care, and where the actual harm is serious? | No |
| MT.CS2 - Has any caregiver or person who has access to any child made or expressed a credible threat that might result in immediate danger of serious harm? | No |
| MT.CS3 - Was any child born addicted or exposed to drugs or alcohol? | No |
| MT.CS4 - If child sexual abuse/sexual exploitation is suspected, do the circumstances suggest that any child may be in immediate danger of subsequent sexual abuse/sexual exploitation? | No |
| MT.CS5 - Is the maltreatment premeditated, bizarre, or sadistic? | No |
| MT.CS6 - Are caregiver's explanations inconsistent with any child's injuries or circumstances? | No |
| MT.CS7 - Does any caregiver appear unwilling or unable to meet any child's immediate needs that might result in immediate danger of serious harm (consider physical care, developmental needs, medical care, and mental health needs)? | No |
| MT.CH1 - Is there a history of sexual abuse of any family member as a victim or perpetrator? | Unknown |
| MT.CH2 - Has there been a recent incident or indication of abuse/neglect, whether or not it was reported or investigated (within last 6 months or so)? | Yes |
| MT.CH3 - Has there been a prior abuse/neglect investigation regardless of finding (or for FAD, serious incidents or complaints)? | Yes |
| MT.CH4 - Has any prior incident resulted in a severe outcome (child death, removal from the home, required prompt medical or psychiatric attention, sexual intercourse or sexual acts performed with a child, etc.)? | No |
| MT.TR1 - Are incidents escalating in severity or occurring more frequently? | No |
| MT.TR2 - Are more people becoming involved, either as a victim or perpetrator? | No |
| MT.TR3 - Have more types of abuse or neglect been occurring (or for FAD, more types of incidents)? | No |
| Concerns - There is previous CPS history in which mother received services for drug issues, the same issues she is still struggling with now. | |

| Area of Concern - Home and Social Environment | Scale of Concern: Somewhat |
|---|---|
| HS.DE1 - Is the home so crowded or chaotic that responsibility for caregiving is unclear, leading no one to assume responsibility for the children? | No |

DFPS 000149

Texas Department Of Family and Protective Services

Page 9 of 21

# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
|---|
| Case #: 32961531 |

| | |
|---|---|
| HS.DE2 - Are conditions in or around the home hazardous or unsanitary? | No |
| HS.DE3 - Do behaviors of any household member expose children to dangers? | No |
| HS.SC1 - Is the family socially isolated or unsupported by extended family? | Yes |
| HS.SC2 - Are the social relationships of any caregiver primarily negative? | Yes |
| HS.SV1 - Has any person in the home ever been a victim of family violence? | No |
| HS.SV2 - Has any person in the home ever been a perpetrator of family violence? | No |
| HS.SV3 - Does any person in the home have a history of violent behavior? | No |
| HS.SV4 - Does any person in the home have a history of criminal involvement? | No |
| HS.SV5 - Is there an imbalance of power between adults that affects any non-perpetrator's ability to protect a child? | No |

Concerns - The mother and grandmother have a very poor relationship and the mother blames the grandmother on being her trigger for drug abuse.

| Area of Concern - Response to Intervention | Scale of Concern: Very Little | |
|---|---|---|
| RI.AT1 - Does any caregiver deny, seem unaware of, or take the allegations less seriously than FPS? | No |
| RI.AT2 - Is a caregiver unmotivated/unrealistic about change? | No |
| RI.DE1 - Is any caregiver hostile toward or refusing to cooperate with FPS? | No |
| RI.DE2 - Does any caregiver offer implausible explanations, attempt to deliberately mislead FPS or refuse to disclose important information? | No |

Concerns - No concerns noted.

| Area of Concern - Protective Capacities | Scale of Concern: Somewhat | |
|---|---|---|
| PT.CP1 - Does any caregiver appear unwilling or unable to protect any child from other persons who may inflict serious harm (e.g., paramour, family member, or friend)? | Yes |
| PT.CP2 - Are there indications that any child is being pressured to recant his or her allegations of abuse/neglect? | No |
| PT.CP3 - Is there a lack of a support network that could help ensure the safety of any child or provide adequate supervision of any child (e.g., relative, close family friend, church members, neighbor, community members)? | No |
| PT.CP4 - Does any caregiver describe any child in extremely negative terms or have extremely unrealistic expectations of any child? | No |
| PT.CP5 - Does any caregiver reject necessary protective interventions, appear unconcerned about any child's safety, refuse access to any child, or appear ready to flee with or hide any child? | No |

Concerns - The mother has issues with drugs and the grandmother has left the children in that environment being aware of the concerns

## Investigation Information

| Did CPS and Law Enforcement make first contact jointly? | No |
|---|---|
| Why Not? LE and CPS determined that the case did not involve 'serious risk of harm' to merit a joint investigation. | |
| Comments: | |

| Did the worker audiotape or videotape interviews with children? | No |
|---|---|
| Why not all interviews? Child cannot communicate verbally | |
| Comments: | |

| Were photographs taken of each child involved in the investigation? | Yes |
|---|---|

Texas Department Of Family and Protective Services

DFPS 000150