# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
|---|
| Case #: 32961531 |

| Why Not? | |
|---|---|
| Comments: | |

| Gave copy of the Parent's Guide to the parent (including absent parent) or legal guardian. | Yes |
|---|---|
| Notified parent (including absent parent) or legal guardian of interview or examination of a child within 24 hours of contact with child. | Yes |

| Were multiple person identification numbers found on any principal in the a/n history search? | Yes |
|---|---|
| If Yes, were the multiple person identification numbers merged? | Yes |

| Was methamphetamine manufacturing alleged at intake? | No |
|---|---|
| Was methamphetamine manufacturing discovered/confirmed during investigation? | N |

| Abbreviated Investigation? | No |
|---|---|

| Was a Family Team Meeting offered? | No |
|---|---|
| If yes, did it occur? | No |

## Investigation Contacts

**Date of Contact:** 8/23/2009
**Person(s) Contacted:** Allen,Renesha Y
**Narrative:**

**Date Entered:** 8/23/2009
**Purpose:** Staffed Case

**Date of Contact:** 8/23/2009
**Person(s) Contacted:** Allen,Elisha
Allen,Katelynn T
Allen,Renesha Y
Moore,Chester

**Date Entered:** 8/23/2009
**Purpose:** Initial

**Narrative:**
08/23/2009 STA with Supervsior, Ms. Oakes- Worker will make a home visit and assess the situation.

**08/23/2009, FTF, Renesha Allen (Mother):**
Worker arrived at 2000 Tidwell, Apt #823, Houston, TX 77093. Worker knocked on the door several times. The mother came to the door. She stated that she knew CPS was coming because her and her mother just got into an argument this morning. She invited the worker into the home.
Worker sat down at Ms. Allen's home. She stated that she has three bedrooms and two baths. She stated that her two children have their own room and they share a bathroom, and she has her own room and she has her own bathroom. She stated that her and her mother got into it, which is nothing new. She stated if you look into the CPS history, you would know that her and her mother have not gotten along. She stated that right now, she has three appointments set to get her food stamps because they are three months behind. She stated that every time she has new friends or a new boyfriend, her mom doesn't like them and she tries to call CPS on her. She stated that her mother showed up at her residence this morning, and she stated that her mother saw her boyfriend there and her mother got mad and she started fussing back and forth with her. She stated that her mother was calling her boyfriend all types of names and stating that he has cancer and he has HIV. She stated that her boyfriend got upset and he left. She stated that the grandmother got upset with her and told her that she

## INVESTIGATION REPORT

**Case Name: Allen, Renesha Y**
**Case #: 32961531**

was going to call CPS on her. She stated that if she would have had a phone, she would have called CPS to let CPS know that she was going to be calling. She stated that her children just recently had a checkup. She stated that her son does have spots in his head and she did take him to the doctor for it, and she does have ointment medication that she puts on the spots in his head. She stated that she really doesn't trust any man around her children due to her last boyfriend being so violent towards her and brutally beating her. She stated that even as a child, her mom brutally beat her and she was sexually molested by her stepfather, and she stated that her mother didn't do anything when she was being sexually molested.

She stated that she has been working at a daycare, and she has been working at the daycare for a year and a half. She stated that the daycare is Kids Are People Too. She stated that she works part-time because she receives SSI because of her having a learning disability. She stated that her mother receives SSI because she is bipolar. She stated that she works in the morning and then she gets off and then she comes back in the afternoon. She stated that her children come to work with her at the daycare. She stated that she never leaves her children alone with anyone. She stated that she does have a Dodge Durango parked outside, but the battery is dead. She stated she is trying to catch up on bills before she spends any money on the vehicle. She stated that her boyfriend, Chester Moore, has been getting her back and forth to work. She stated that her boyfriend does allow her daughter to come sit on his lap when he comes to speak, but it's nothing ever sexual. She stated she does have previous CPS cases of some things that she did in the past, including drugs. She stated that she went to Bonita's House, and she spent two years there. She said she's been clean for two years. She stated that the only thing she has been doing is going to work and going to church. She stated that she is receiving a lot of assistance from churches. She was actually going this morning to get some more assistance, but when her and her mother got into it, she got upset. She stated that her mom gets upset because she asks Chester so many questions and she tells Chester that he doesn't have to answer those questions. She stated that she was seeing a therapist named Lisa, and she stated that the therapist told her that she needs to love her mother from a distance. She stated that she doesn't want to deny her mother from coming to see the children but if this is how it turns out, she doesn't want any more drama. She stated that she takes the kids outside to ride their bike, she takes them to the park, and they go to other kids' parties. She says that she is doing a lot better now with her children.

She stated that this morning, her mother was all downstairs hollering and screaming, that neighbors were coming out to see what was going on. She stated that she is on her cycle so she is a little bit more sensitive, and she started crying so her neighbors thought something had happened. She stated that her and her mother are originally from Beaumont, and they really don't have any family here. She stated that since she is been here, Chester has been helping her out so much. She said that she even had to go stay at the Covenant House before. She stated that she graduated from high school, and she even went to college. She stated that she does not use any drugs. She stated that she only smokes cigarettes. She stated that she does not even drink any alcohol. She stated that she does take a prescription medication that was prescribed to her by her doctor. She stated that she loves Chester, and he has a good heart. She stated that she doesn't look on the outside. She looks in the inside when it comes to a person. She stated that he helps her with everything with her kids. She stated that her mother is a negative person. Her mother doesn't want her to have a boyfriend or to have any type of friends. She stated if the worker could get in contact with her grandmother, and her name is Rosa Evans and she stays in Beaumont. Her number is 409-892-5255. She stated they just recently went to Beaumont to visit her grandmother, and her grandmother stated that she doesn't allow her daughter to come because she is crazy. She stated that she completed all of her services when she was open to CPS. She stated that every time her mom calls she is at work. She stated that Chester loves her kids and her kids love Chester. She stated that she asks her kids how their day is going and she asks them has anything happened or if they are afraid of anyone. She stated that her mother is crazy. She stated her mother doesn't take her medication because she doesn't like the way her medication makes her feel. She stated that her grandmother can tell you how her mother is. She stated that even when she has friends riding in the car with her her mother gets upset. She stated that the father of her son is Mark Allen Andrew. She stated she doesn't have any contact information for him. She stated that the last time she saw him was three months ago. She stated that her daughter's father's name is Joe. She doesn't have a last name or any contact information. She stated that Joe doesn't even know that her daughter was born. She stated that she did file for child support on her sons father when he was born but nothing has happened. She stated that her kids don't have Medicaid or food stamps due to her mother filing

## INVESTIGATION REPORT

**Case Name:** Allen,Renesha Y
**Case #:** 32961531

for them when they were staying with her. She stated that now she has to go back through the process of getting those services again. She stated that she was seeing Ms. Hopkins at Dappa. She stated that she tells her mother all the time is not about her, she is living for her kids. She stated that she does have a brother but he is receiving 25 years in prison due to something her mother did. She would not tell the worker what happened. She stated she has met all of Chester's family and friends and they are so nice to her. She stated that they call her Sugar. She stated that the old address that her mother was staying at she no longer stays at. She stated that her mother moves around a lot. She stated her mother is crazy and she is trying to sue the apartment complex that she just recently moved from. She stated that she is taking some antibiotics and she showed the worker the medication that she was taking that she received July 8, 2009 by Dr. Nguyen. She also showed the worker paperwork of the children going to Doctors Hospital which is Parkway Tidwell. Both children were seen on August 6 and August 1. It was stated that her son was had an earache and her daughter was just fine. She also showed the ointment that she was told to get by the doctor to put in her son's head, it's Bacitracin.

### 08/23/2009, FTF, Chester Moore (STFA):
Worker interviewed with at Ms. Allen's residence. He stated that the GMO is noisy. He stated that he would not do anything to harm those children. He loves those children and would do anything for them. He stated that the GMO came to the residence and her and the mother starting arguing. He stated that the GMO just jumped on his case. She started yelling and screaming at him. He stated that the GMO was calling him all kinds of names. He stated that the GMO was still calling him names when he was leaving the complex. He stated that he lives with his cousin but he spends the night at Ms. Allen's residence all the time. He stated that he doesn't use any drugs but he does drink beer. He stated that his DOB is 08/08/1961.

### 08/23/2009, FTF, Katelyn Allen, age: 2:
Worker observed her at her residence. She was very playful with her brother. She would not talk with the worker but she was very interested in the worker's computer. When the worker said Chester's name she stated that she likes Chester and she smiled.

### 08/23/2009, FTF, Elisha Allen, age: 4:
He seemed shy towards the worker at first. He stated tha he likes Chester because he is Chester's boy. The worker asked him what that meant but he wouldn't say. He stated that he is not afraid of Chester. He stated that no one hits him. He stated that no one fights at home. He did have small spots in his head where hair was missing.

### 08/23/2009, Home Environment:
The worker received a tour of the home by the mother. Both children had their own rooms with beds and plenty of toys. The kitchen had plenty of food. The home was very clean. The worker had the opportunity to see the children interact with Chester. He was playing games with them as they played and laughed. He even sang a song and played the keyboard. The children did not seem to be afraid of Chester.

### 08/23/2009, Staffing, Supervisor Dorothy Oaks:
Worker advised the Supervisor of the home visit. It was determined that the children seemed safe at this time.

**Date of Contact:** 8/25/2009
**Person(s) Contacted:** Allen,Elisha
Allen,Katelynn T
Allen,Renesha Y
Moore,Chester

**Date Entered:** 9/15/2009
**Purpose:** Gather/Obtain Info

**Narrative:**
08/25/2009 AFTF at the given address and there was no one home. I left a card since initial contact had already been made.

**Date of Contact:** 8/31/2009
**Person(s) Contacted:** Allen,Elisha

**Date Entered:** 10/27/2009
**Purpose:** Gather/Obtain Info

# INVESTIGATION REPORT

Case Name: Allen,Renesha Y
Case #: 32961531

       Allen,Katelynn T
       Allen,Renesha Y
       Law Enforcement

**Narrative:**
08/31/2009 AFTF went to the given address of 2000 Tidwell and there was no one there. I verified that MO still lives there. I left a card on the door.

**Date of Contact:** 9/4/2009
**Person(s) Contacted:** Allen,Elisha
      Allen,Katelynn T
      Allen,Renesha Y

**Date Entered:** 11/19/2009
**Purpose:** Gather/Obtain Info

**Narrative:**
09/04/2009 Went to the given address and there was no one home the card had been removed. I did a savarr check through (Renee Ellison) and it did not show this address so I will check the different address.

**Date of Contact:** 9/9/2009
**Person(s) Contacted:** Allen,Elisha
      Allen,Katelynn T
      Allen,Renesha Y
      Allen,Teresa

**Date Entered:** 11/19/2009
**Purpose:** Gather/Obtain Info

**Narrative:**
09/09/2009 AFTF I went to the home and again there was no one home. There were no children or toys visible at the apartment. I asked the manager if they had information as to where the mother was employed and I was told no that a lot of people were on housing. I went by the address for GMO of 15035 Tinker St and there was no one there. I attempted to call the number on the referral for GMO and it was a disconnected number.

**Date of Contact:** 9/17/2009
**Person(s) Contacted:** Allen,Elisha
      Allen,Katelynn T
      Allen,Renesha Y
      Allen,Teresa
      FPS Staff

**Date Entered:** 11/19/2009
**Purpose:** Staffed Case

**Narrative:**
09/17/2009 Staffed the case. The children were seen by CYC and there was no disclosure so since I could not locate the mother I asked if the case could be closed. I was told to continue to look for the children due to their age. In reviewing the history MO had previously participated in FBSS because of drugs so we need to have her drug tested.

**Date of Contact:** 9/24/2009
**Person(s) Contacted:** Allen,Elisha
      Allen,Katelynn T

**Date Entered:** 11/19/2009
**Purpose:** Gather/Obtain Info

**Narrative:**
09/24/2009
**Ellisha Allen (4)** was interviewed at his home. He was able to distinguish the difference between the truth and a lie and promised to tell the truth. Worker asked Ellisha what he called the places on his body no one is supposed to touch. Ellisha said nobody's supposed to touch his middle part or his booty. Ellisha denied being touched. He denied being shown any movies, pictures, or magazines of people with no clothes on. Ellisha denied sexual abuse. Worker asked OV what happens when he gets into trouble. OV stated his momma hits him but denied abuse. OV denied drug and alcohol use. He denied domestic violence in his home. Ellisha denied all forms of abuse. OV appeared quiet, and it was hard to get him to talk.

**Katelyn Allen (2)** was not interviewed due to her age. She was clean and appropriately dressed. She was just playing and singing. She appeared to be a happy child.

## INVESTIGATION REPORT

**Case Name:** Allen,Renesha Y
**Case #:** 32961531

The children were with a sitter a lady named Ms. Evelyn. She tried to call mom but she did not answer the cell phone.

**Date of Contact:** 10/21/2009
**Person(s) Contacted:** Allen,Renesha Y
**Date Entered:** 11/19/2009
**Purpose:** Gather/Obtain Info
**Narrative:**
**10/21/20009**
**Renesha Allen (25)** was interviewed. She said that someone had already come out (CYC), and they didn't find anything wrong. She asked why was I there. I explained that CYC came out to see if the situation was stable or to stabilize it. I explained that I was the investigative worker, and the case could not be closed until the investigation was completed. I explained to Ms. Allen that the concern was that there were allegations of drug use, and she had a drug history. I explained that the allegations of sexual abuse to Katelyn, and due to the age of the children, I needed to make sure that he children were not at risk. Ms. Allen said this was all her mom calling in on her. She said, "My mom has called four times." Ms. Allen alleged that her mother knows that her children are not being sexually abused. She is just trying to get custody of my children, mom said. Ms. Allen alleged she was sexually abused when she was younger, and her mother, Teresa Allen, did nothing to protect her. Ms. Allen said that her mom is bipolar, and she does not take her medication. Ms. Allen said, when her mom takes her medication, they get along fine. She said that her mom wants custody of her kids. Ms. Allen said her mom had the kids before, and her mom had a four bedroom house, and when the children came back to live with her, they cut her housing, and now she is in a one-bedroom apartment. Ms. Allen denied drug use. She said that she went into the Bonita House before to get clean. Ms. Allen said that she has her own apartment, a car, and a job. Ms. Allen said she works for the daycare associated with Bonita House named Kids Are People Too. Ms. Allen said she can't believe that her mom is doing this again. She said she just started allowing her mom to see the children again. I explained that we were asking that she take a drug test. Ms. Allen became very emotional and began to cry. I explained that, if she was clean, after she takes the test and passed, it is possible to have the case closed. Ms. Allen asked if she could take the test next week. She said that she can't take time off from work. I explained that I needed her to take the test by Friday. It was Wednesday evening, late. I explained, if she did not take the test, I would feel that she had something to hide. Ms. Allen said that she was just tired of going through this because of her mother. I explained that, if all the allegations of drug use were false, the way to clear it up was to take the drug test. Ms. Allen clearly did not want to take the drug test. I told her she needed to take the test or I would have to re-staff the case with my supervisor. Ms. Allen agreed to take the test. When asked about the Mr. Moore, mom denied that that was her boyfriend. She said he is just a friend that comes over. Mom eluded that he was kind of like a sugar daddy.

**Date of Contact:** 10/23/2009
**Person(s) Contacted:** Allen,Renesha Y
**Date Entered:** 11/19/2009
**Purpose:** Gather/Obtain Info
**Narrative:**
**10/23/2009 AFTF**
Ms. Allen called and said she did not have gas to go take the test. I went to pick Ms. Allen up, and she was not home. I called and called, and none of my calls were returned. I attempted to call the grandmother, Teresa Allen, but no answer.

**Date of Contact:** 10/27/2009
**Person(s) Contacted:** Allen,Renesha Y
**Date Entered:** 11/19/2009
**Purpose:** Gather/Obtain Info
**Narrative:**
**10/27/2009**
Ms. Allen called on Tuesday to say that she did go take the drug test. (Ms. Allen had not contacted me to let me know that she had found a way to go take her drug test.)

I waited to get the results of the drug test because the technician was not in. I tried to get the results. When I tried to get the results, the clinic does not give the results over the phone, and they do not fax the results any