# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
| Case #: 32961531 |

longer.

**Date of Contact:** 10/28/2009                                    **Date Entered:** 11/19/2009
**Person(s) Contacted:**      FPS Staff                        **Purpose:** Gather/Obtain Info
**Narrative:**
**10/28/2009**
Staffed the case with Supervisor Stephanie Hammon who said due to the history of drug use, and the family was previously given FBSS which Ms. Allen completed doing what she was asked to do but has again tested positive for drug use, this case may be a removal.

**Date of Contact:** 11/5/2009                                    **Date Entered:** 11/19/2009
**Person(s) Contacted:**      Allen,Renesha Y               **Purpose:** Gather/Obtain Info
                                             Allen,Teresa
**Narrative:**
I tried to contact Ms. Renesha Allen.  Initially the cell was disconnected and then after being reconnected, I left several messages.  I later was able to leave message which were no longer returned.  I went to the apartment several times finally finding out that Ms. Allen no longer lived there.  She had moved.  I was unable to locate a forwarding address for Ms. Allen.

**11/05/2009**
**Telephone Call to Teresa Allen**
I had gone by the address given on the referral of 15035 Tinker Street and left a card in an attempt to locate Ms. Allen and the children because she had been evicted from the apartment, at the address for the maternal grandmother, Teresa Allen.  I did not receive a call back.

I found in the case notes another cell number for Teresa Allen.  She said that she called in the case because, when she arrived at her daughter's house, the house smelled of weed.  She said that the children were not clean and that the children had bruises.  Ms. Allen said that she wanted someone to come out right then but they didn't.  Ms. Allen said that she called CPS before, and they really let her down.  Ms. Allen said that she had gotten the children before, and CPS gave the children back to their mom.  I explained that, if a parent completes a family plan, we have to place the children back with their parents.  Ms. Teresa Allen said that she had the children for the last three weeks because mom told her that I came by and told her she had to take a drug test.  Ms. Teresa Allen said that her daughter told her that she wasn't going to take the test for three days so that she could take something to get the drugs out of her system so that she will test clean.  She told me that she had returned the children and Ms. Renesha Allen was hiding them and that she was living in some rat hole somewhere with the children.  Ms. Teresa Allen told me that her daughter told her that she was evicted from her apartment for not paying rent and that she was hiding from CPS and the people who were looking for her truck.  Ms. Teresa Allen said my daughter gets a check from the state.  Tell me where her money is going.  Ms. Teresa Allen alleged that her daughter, Renesha Allen, sells her food stamps.  She said my daughter works driving a van of kids at the daycare where she works, and she called me frantically because she was high and lost the keys.  Ms. Allen said that she has seen bruises on the children.  She said she has seen her grandson with a busted lip and mom said, "Yeah, I popped him in his mouth."  Ms. Teresa Allen said the children are not up on their shots.  Ms. Teresa Allen said Elisha should be in school because he's smart.  Ms. Teresa Allen said that she has had a bad experience with CPS.  I explained that I could not discuss the particulars of the case, but I would be working the case to ensure the safety of the children.  Ms. Teresa Allen said, "This is a family, not just some numbers on a piece of paper."  She said I do not want my grandchildren going into the system.

I asked Ms. Teresa Allen about the allegations that her daughter was sexually abused when she was younger, and the mother, Teresa Allen, didn't do anything to protect her daughter, Renesha Allen.  Ms. Teresa Allen said she was appalled by that statement.  She acted as if that was the first time this had been alleged.  (She later said

# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
| Case #: 32961531 |

Ms. Renesha Allen had said this before.) I explained to Ms. Teresa Allen that, if her daughter told her that she was being sexually abused by her husband and she did nothing to protect her daughter, it would be hard to place her grandchildren with her because of risk. Ms. Teresa Allen said she has been divorced for 12 years. Ms. Teresa Allen said she hasn't dated in years. Ms. Teresa Allen said she would take a polygraph, and she wanted mom to take a polygraph too. I explained that polygraphs are police tools, and they do not polygraph people who are not suspects in a criminal crime. I explained that her daughter has made allegations that she didn't want the children placed with her because she keeps calling in CPS cases on her. I also told Ms. Teresa Allen that her daughter alleged that when she was trying to get her life together and get clean that Ms. Teresa Allen did not want her to go to her DAPPA meeting so that she could get clean. Ms. Teresa Allen said that all of that was a lie. She said her daughter told me what forced mom to say that she had lied. Ms. Teresa Allen said that the caseworker made mom sign something, said she had lied and that the caseworker was so mad at mom that the caseworker hit her own car and told Ms. Renesha Allen that she should be happy that her mom was there to care for her children so they would not go into foster care.

I asked Ms. Allen why didn't she call CPS when she knew Renesha Allen was hiding the children. Ms. Teresa Allen said she didn't know for sure. She said her daughter told her that she had to take a drug test, and she had gotten evicted, and somebody was looking for her truck. Ms. Teresa Allen said, "I want the children to be in a safe place and not with my daughter because she will not take them to the doctor." She said she has plenty of references about her character. Ms. Teresa Allen said she was a minister and named a local church pastor and his wife as references. She said she is licensed through Total Men's Christian Center and that her daughter was raised on PTL, so she doesn't know what happened to her. Ms. Teresa Allen said that Renesha is a good mother when she is not doing drugs. Ms. Allen said her daughter changes men often, and she has left the children with people who she doesn't know. Ms. Allen said she wants her daughter to get help. Ms. Allen alleged that the mother sells her food stamps and gives men her checks. She said that one man told her that they (men) bet on who is going to get Renesha's government check each month. Ms. Allen said she has had people who work for CPS advising her, and she has gone to court on behalf of people who had their kids taken away by CPS, so she knows that there are options to prevent the children from going into the system. I explained, due to the history, most likely the children will be moved initially, and because she didn't call DFPS when she had the children, most likely they will not allow the children to remain with her. Ms. Allen said she didn't call because the children were with her. They were safe. I explained that the case will have to be staffed with my supervisor, Stephanie Hammon, and program director, Ivy Chambers.

I asked Ms. Allen about the allegations that she was bipolar and not taking her medication. Ms. Teresa Allen denied that she was bipolar. She said that she has never taken medication except for Ambien to help her sleep. Ms. Teresa Allen said she was fearful of losing her grandchildren, and that is why she didn't call. Ms. Teresa Allen said she wants to know her rights. She said she wants to see a judge so the children can be placed with her. I explained that I needed to locate the children, and if she could find them to give me a call.

**Date of Contact:** 11/6/2009  
**Person(s) Contacted:**    Allen,Renesha Y  
**Narrative:**  
**11/06/2009 TCF**

**Date Entered:** 11/19/2009  
**Purpose:** Gather/Obtain Info

Ms. Allen said her mother did not protect her when she was abused. She said that her mother, Teresa Allen, is bipolar, and as long as she takes her medication she is fine, but when she doesn't take her medication, she is crazy. Ms. Allen said the children are okay with her mother, but she just feels her mother wants the children so she can get her house back. Ms. Renesha Allen said her mother wants to control her life and who she dates or who she can have in her home. Ms. Renesha Allen said that her mom wants the children so she can control her life. I explained to Ms. Allen since she did not pass the drug test that we now have to decide how to best provide services needed to protect the children. I asked Ms. Allen where were the children and if she could come into the office so we could resolve the issue quickly since I had been unable to locate her for since the last contact. Ms. Allen said that she was in the process of moving. She did not let me know where she or the children were, she did said that she did not want her children taken away from her. I explained to Ms. Allen that I needed to see her and the children as soon as possible. I told Ms. Allen that I would be staffing the case and that I needed her to

Texas Department Of Family and Protective Services

# INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
|---|
| Case #: 32961531 |

call me in the next couple of days to allow me to see the children.

**Date of Contact:** 11/16/2009         **Date Entered:** 11/19/2009
**Person(s) Contacted:** Allen,Renesha Y      **Purpose:** Gather/Obtain Info
**Narrative:**
**11/16/2009 TCT**
Telephone Call to Renesha Allen
Ms. Allen said she placed her children with her mother, the maternal grandmother, Teresa Allen. She said that she and her mother do not get along, but the children are safe with her. Ms. Renesha Allen said her mom, Teresa Allen, would never do anything to harm the children. Ms. Renesha Allen said she does not understand what is going on. I explained that she did not pass her drug test. Mom asked what was found in her system. I told her cocaine was found in her system. Mom denied that she smoked cocaine. She said that she would understand if I found weed but not cocaine. Ms. Renesha Allen said she feels someone is trying to set her up. I asked Ms. Allen why would she say that. Ms. Renesha Allen said, "Well my mom said that more than she called in cases, and I go over to other people's house for dinner, and I eat stuff. Maybe they put something in my food." I told Ms. Renesha Allen, I only have one case, and she knew about that case. (The maternal grandmother called the case while at Ms. Renesha Allen's house.) I explained there was no setup. She tested positive for cocaine. Ms. Renesha Allen asked if she could test positive if she had sex with someone. Ms. Allen said, "I mean, they are like inside you, you know. That could make you positive, right" I explained to Ms. Allen she completed drug rehab, so she should know how she could test positive and how she couldn't test positive. She should also know that the first step in getting better is admission. Ms. Allen said, "I will do anything. I will go into rehab. I would admit to whatever. Just let my children stay with my mom. I don't want them into foster care." I explained to Ms. Allen that I needed to see the children.

**Date of Contact:** 11/20/2009         **Date Entered:** 11/19/2009
**Person(s) Contacted:** Allen,Renesha Y      **Purpose:** Gather/Obtain Info
**Narrative:**
**11/20/2009 TCT** Ms. Renesha Allen to get information on the fathers of the children. Both father's are white but she does not know Katelyn's father at all. She said that she met him when she was in college he lived in the same apartment complex Colony Oaks Apartments she does not remember the apartment number. His name was Joe and he was an older man.
Elisha's father was Mark Allen Andrews and he knows his birthday is 02/25/1986 She does not remember how old he was but that he was younger than her. She met him when she was at Covenant House.
Ms. Allen wants to go into Santa Maria with her two children and work the program. She now admits to "messing up." She said that her mother is her trigger. She said that her boss can verify that her mother comes up on her job and she kept bothering her and she finally let her see the kids and she went and got high. She said that she feels bad about what she did but she has always had a problem with her mother. She feels that her children will be safe with her mother but she wants them with her in treatment. She said the program is intensive inpatient and she has seen other mother's who are working the program because their kids come to her daycare since it is connected to the center.

**Date of Contact:** 12/4/2009         **Date Entered:** 12/16/2009
**Person(s) Contacted:** FPS Staff      **Purpose:** Staffed Case
**Narrative:**
**12/04/2009 STAFFING** staffed case for removal . The case is a removal because if was discovered that the maternal grandmother Teresa Allen knew that the children were in danger and left the children there, actually returned the children to mom. She also had history of her own. MO is in rehab and cannot care for the children at this time but she had been evicted from her apartment prior to going into rehab. There has been a lot of prior history between the mother and the maternal grandmother who MO said is her trigger for drug use. MO said that her mother does not want her to get clean and has come on her job and caused problems and did not want her to take her children into rehab because that meant money leaving her home.

Texas Department Of Family and Protective Services

DFPS 000158

## INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
| Case #: 32961531 |

Allegations of SXAB of Katelynn and Elisha will be Ruled Out, no disclosures or indications of sexual abuse were made. Allegations of NSUP of Katelynn and Elisha by their mother, Renesha Allen will be ruled Unable to Determine. The mother tested positive for cocaine, but it is unclear if the children were in her care during the time she was using.

The case will be a removal and the mother will receive services through the subcare stage of the case to assist mom with parenting, drug concerns and psychological evaluations.

**Date of Contact:** 12/4/2009            **Date Entered:** 12/14/2009
**Person(s) Contacted:**    Allen,Elisha           **Purpose:** Home Visit
                           Allen,Katelynn T
                           Allen,Teresa
                           Law Enforcement

**Narrative:**
12/04/2009 FTF at the home of the maternal grandmother. Ms. Teresa Allen was aware that I would be arriving at 10:00 AM and permission was given to enter the home. When I arrived that children were on the floor playing / watching TV in their pajamas. It was snowing outside and our offices were closing. I explained to the grandmother instead of meeting to discuss a plan the supervisor Stephanie Hammon had advised me to remove the children and return to our office so that we could get them placed before the weather got too bad. Ms. Teresa Allen said she wanted the main number to my office so that she could speak with my supervisor. I provided the number and she called it but asked for Scott Dixon and was told he was not in that office. I explained that she would not find him in that office but she said she wanted the number for my supervisor not Mr. Dixon. She said she had her own way of doing things and she needed to talk to Mr. Dixon. I told her that he was at Murworth and provided her with the number.

After 20 minutes I called my supervisor and explained that Ms. Allen still had not made any progress getting the children dressed and that she was being passive aggressive. I was instructed to go ahead and call out the police so we could get the children and leave.

Ms. Allen spoke on the phone with supervisor Stephanie Hammon on a coworker's cell phone and it was explained to her that the decision was made to take custody of the children and the process was explained to her.

The police arrived at 10:40 AM and after being there 10 minutes the grandmother still had not put any clothes on the children and the officers were losing their patience. She was very vocal with them and they told her to be quiet and get the children ready, she said if you want to put your jacket around them and take them then go right ahead. The officer said you have a suitcase full of clothes right there just put some clothes on the children so these people can take the children and get out this weather. She said she did not want the children to have to see the police the fact that they were called was unnecessary and traumatizing for the children. The officer said if you did not want the children to see the police you had ample time to get them ready before we arrived. He said the police are not traumatizing for the children unless you make it that way for them. You should not teach your children that the police are bad or to fear the police. Ms. Allen continued to talk to the police as she was trying to get someone on the phone and try to iron a T-shirt in the kitchen. We were finally able to leave the home at 11:15 / 11:20 AM as the police escorted us to the car.

Ms. Teresa Allen called a friend Faye on the cell phone and tried to get Mr. Dixon on the home phone. She said she wanted her on the phone as a witness because they were there to take her grandbabies. An older white male came by named Joe who said he was friend of Ms. Allen he said he was also a minister.

**12/04/09**
Katelynn and Elisha Allen were placed together in a foster home and both responded well to the foster parent and home.

**12/07/09**

DFPS 000159

Texas Department Of Family and Protective Services          Page 19 of 21

## INVESTIGATION REPORT

| | |
|---|---|
| **Case Name: Allen,Renesha Y** | |
| **Case #: 32961531** | |

Case assigned to the 314th District Court, TMC given to the agency.

**CPS History:**
**03/08/06      NSUP, PHAB      Ruled Out - No Significant Factors**
The 1 y/o victim is around people of questionable character, drugs and prostitution.OV has a real bad rash all over his bottom area that may not have been treated by a doctor. MO constantly has a lot of different men in and out of the house around the OV.There weeks ago, OV had a black eye and a couple of bruises on his back.MO gave two different stories about how the bruises occurred.

**03/26/06      NSUP     Ruled Out - No Significant Factors**
Intoxicated caregiver with mental health and possible untreated seizure condition is unable to provide inadequate supervision of 1yo child and places him in situations that expose him to risk of harm.

**03/26/07      NSUP, PHNG     Ruled Out - Factors Controlled**
Mentally ill, drug addict MO is exposing 2 y/o OV and 3 month-old SB to the strong odor of marijuana and a gas leak in the home---placing them at potential risk of physical harm. There is no water in the home, and hazardous holes in the floors of the house. MO may also be leaving OV and SB home alone when she goes out prostituting at night.

**08/27/07      NSUP, PHAB and SXAB      Ruled Out - Risk Indicated**
2yo child is showing age inappropriate sexual knowledge. 2yo and 1yo preschool age children in the home alone for extended periods of time. 2yo and 1yo children were exposed to domestic violence and drug use. 2yo child is having detrimental behavior towards himself due to MO's lack of supervision of 2yo child. 2yo child received an injury to the head from MO.

**09/04/07 - 09/28/08  Family Based Safety Services**
The FBSS case was opened for risk due to the mother testing positive for marijuana. Mother successfully met CPS requirements and is living with her children at the Bonita House.

**Criminal History:**
Teresa Allen: No Hit
Renesha Allen: Paper only
Chester Moore: 09/24/78 Robbery, convicted 9 months
                        08/14/79  Auto Theft, convicted 3 years
                        08/10/82 Poss of Marij and Evading Arrest, no court data
                        06/18/85 Robbery, convicted 3 years
                        01/24/86 Burglary, 15 years confinement
                        08/19/05 Resisting Arrest, convicted 60 days confinement
                        11/25/05 Criminal Trespass, convicted 30 days confinement
Mark Allen Andrews: 07/08/01 Burglary of a Vehicle, adjudicated 12 month probation
                        11/03/01 Credit Card Abuse, State Jail Felony Juvenile 18 months prob
                        07/24/02 Unuth use of a vehicle, non-suited
                        09/04/06 Poss of Marij > 2oz, deferred 6 months probation
                        10/30/06 Poss of Marij < 2 oz, convicted 45 days confinement
                        04/23/07 Man / Del/ Cs 1 > = 4 G < 200 G, convicted sentenced 3 years

**Date of Contact:** 1/13/2010                    **Date Entered:** 1/13/2010
**Person(s) Contacted:**    Allen,Teresa           **Purpose:** Reporter
**Narrative:**

DFPS 000160

Texas Department Of Family and Protective Services                    Page 20 of 21

## INVESTIGATION REPORT

| Case Name: Allen,Renesha Y |
| --- |
| Case #: 32961531 |

**Date of Contact:** 1/13/2010
**Person(s) Contacted:**      Moore,Chester
**Narrative:**

**Date Entered:** 1/13/2010
**Purpose:** NonGuardian

**Date of Contact:** 1/13/2010
**Person(s) Contacted:**      Allen,Renesha Y
**Narrative:**

**Date Entered:** 1/13/2010
**Purpose:** Parent/Guardian

DFPS 000161

Texas Department Of Family and Protective Services