Dept. of Family and Protective Services

Form 2231es
January/Enero de 2009

## NOTICE OF REMOVAL OF CHILDREN
## AVISO DE LA SEPARACIÓN DE LOS NIÑOS DEL HOGAR

**Custodial or Absent Parent or Legal Guardian / Padre o madre ausente o con custodia o Tutor legal**

███a Allen

**Name or Age and Sex of Child or Children Removed / Nombre o edad y sexo de los niños que han sido separados del hogar**

Elisha Allen (4) M & Katelyn Allen (2) F

| | |
|---|---|
| The Texas Department of Family and Protective Services (DFPS), through its representative | El Departamento de Servicios para la Familia y de Protección de Texas (DFPS), por medio de su representante, |

Yolanda Alpough

| | |
|---|---|
| took custody of your child or children on | tomó la custodia de sus hijos el |
| December 4th | at a las 10:30   ☒ a.m.  ☐ p.m. |

| | |
|---|---|
| The facts that led us to believe the child/ren should be taken into custody are: (Caseworkers must explain the facts for each child's removal. Attach extra pages as necessary.) Each Child's Name | Los hechos que nos hicieron concluir que debíamos tomar la custodia de los niños son los siguientes: (Los trabajadores de casos necesitan explicar los hechos que llevaron a la separación de cada niño. Pueden adjuntar páginas adicionales). Nombre de cada niño |

Risk of sexual abuse

**This action is authorized by the Texas Family Code, Chapter 262 and was taken because:**

1. ██FPS had reasonable cause to believe the child/ren ██as in imminent danger of physical or sexual abuse; or
2. DFPS was authorized to remove the child/ren pursuant to an emergency court order. The emergency court order was sought because the child would have been placed in immediate danger if DFPS waited for an adversary hearing.

El Capítulo 262 del Código Familiar de Texas autoriza esta acción. Tomamos esta acción porque:

1. El DFPS tenía motivo justificado para creer que el niño o los niños corrían un riesgo inmediato de sufrir maltrato físico o abuso sexual; o
2. Por medio de una orden de la corte, el DFPS recibió autorización para separar a los niños del hogar. Se pidió una orden de emergencia de la corte porque el niño habría corrido un riesgo inmediato si el DFPS hubiera esperado una audiencia contenciosa.

**For information, you may contact:** / **Para más información, comuníquese con:**

Name / Nombre: Yolanda Alpough

**Office Address and Day and Night Telephone No. / Dirección de la oficina y teléfono de día y de noche**
2500 Bolsover, Houston Texas 77005        713-986-3330

### DOCUMENTATION OF DELIVERY / DOCUMENTACIÓN DE ENTREGA

☒ **Personal Delivery** — I acknowledge that I received this Notice of Removal of Children on
Se entregó en persona. Certifico que recibí este Aviso de separación de los niños del hogar el   *December 4, 2009*

Signature / Firma: *refused to sign*

Relationship to Child / Relación con el niño:

☐ Left at Residence (address): / Se dejó en el domicilio (dirección):

☐ ██her (describe): / ██a entregó de otra manera (describa):

EXHIBIT NO. 6
B. SHEEN

DFPS 000327