Department of Family
and Protective Services

# Child Caregiver Resource Form

Form 2625
May 2009

**Case Name:** <u>Renesha Allen</u>   **Case ID:** <u>32961531</u>

Please fill out this form to give us names and locating information for relatives or close family friends who may want to take care of your children or support them until you get them back. Try to list the people you know your child would feel happiest with. Child Protective Services (CPS) will make contact with them and ask them how they want to help. We will decide if it is safe for your child to be with them. We will also decide if they can safely be with and support your child. CPS will tell them about your case. If we think they can provide a safe place for your child, CPS will do a background and criminal history check. We will do this check within 2 business days of getting this completed form back. If the check is OK, we will assess them and their home. Most of the time, children are not placed until CPS knows how the assessment turns out. The final decision about placing your children will be made by the judge for your child(ren)'s case. If the person tells us they do not want the children placed with them but instead wants to provide support and have unsupervised visits, CPS will have to do a background and criminal history check first.

On this page, you must provide the names of the first three persons you think may be able to care for your child. On the following pages you can list their names and locating information in the boxes provided. The first three persons can be adult relatives (including grandparents) and/or close family friends.

On the following pages, you must also list the names and locating information for **ALL THE GRANDPARENTS** for each of the children removed. This includes the grandmothers and grandfathers for each child. (The mother's parents and the father's parents). Please list other adult relatives besides the grandparents. You can send this form to CPS:

In person at: _____ Houston, TX   By e-mail at: _Yolanda.Alpough_ @dfps.state.tx.us   By fax: _____

| |
|---|
| The selection of a placement (and other legal issues) may be impacted if the Indian Child Welfare Act applies. Please indicate whether you, another parent or any of your child(ren) is of Native American or Alaskan Native descent/heritage.<br><br>☐ I have no information that this child(ren) has any Native American or Alaskan Native descent/heritage.<br>☐ I believe this child(ren) may of be Native American or Alaskan Native descent/heritage. The person with tribal affiliation is _____ and the tribe is _____. |

Your signature below indicates that you were provided the opportunity to list possible caregivers for you child(ren).

_Renesha y Allen_   12-4-09
**SIGNATURE OF PARENT OR GUARDIAN**   **DATE**

_____   _____
**CASEWORKER NAME**   **PHONE NUMBER**

Here are the names of three relatives or close family friends who may be able to care for my child(ren). I will provide their contact information on the following page(s).

1. _Theresa R. Allen_

2. _____

3. _____

Information provided in this form is in response to the following Legal Requirements:
State:   Designation of relatives or close family friends to care for the child
         Texas Family Code: Chapter 261.307(a)(2)
'eral:   Department's efforts to obtain information about maternal and paternal relatives and other adult relatives
         Public Law (P.L.) 110-351 (Sec. 103)

**Date Information Received by CPS:** _____

1

# Child Caregiver Resource Form

## Contact Information

| 1. Name of Caregiver (including all names used) | ☑ Placement Resource ☐ Support Resource | ☐ Maternal Grandparent ☑ Paternal Grandparent ☐ Other | Age/Date of Birth | Ethnicity |
|---|---|---|---|---|
| THERESA R. ALLEN (SANDERS) (COTTON) | | | (43) 6-1-66 | AA |
| **Street Address** | **City/State** | **Zip Code** | **Phone number with Area code** | |
| 20919 Birnamwood | Humble, TX | 77338 | 281-821-1121 | |
| What is this person's relationship to your child? | Have they lived out-of-state during the past 3 years? Where? | Please provide any other information to help us locate this person | | |
| Grandmother | NO | | | |

| 2. Name of Caregiver (including all names used) | ☐ Placement Resource ☐ Support Resource | ☐ Maternal Grandparent ☐ Paternal Grandparent ☐ Other | Age/Date of Birth | Ethnicity |
|---|---|---|---|---|
| | | | | |
| **Street Address** | **City/State** | **Zip Code** | **Phone number with Area code** | |
| | | | | |
| What is this person's relationship to your child? | Have they lived out-of-state during the past 3 years? Where? | Please provide any other information to help us locate this person | | |

| 3. Name of Caregiver (including all names used) | ☐ Placement Resource ☐ Support Resource | ☐ Maternal Grandparent ☐ Paternal Grandparent ☐ Other | Age/Date of Birth | Ethnicity |
|---|---|---|---|---|
| | | | | |
| **Street Address** | **City/State** | **Zip Code** | **Phone number with Area code** | |
| | | | | |
| What is this person's relationship to your child? | Have they lived out-of-state during the past 3 years? Where? | Please provide any other information to help us locate this person | | |

| 4. Name of Caregiver (including all names used) | ☐ Placement Resource ☐ Support Resource | ☐ Maternal Grandparent ☐ Paternal Grandparent ☐ Other | Age/Date of Birth | Ethnicity |
|---|---|---|---|---|
| | | | | |
| **Street Address** | **City/State** | **Zip Code** | **Phone number with Area code** | |
| | | | | |
| What is this person's relationship to your child? | Have they lived out-of-state during the past 3 years? Where? | Please provide any other information to help us locate this person | | |

The children father and Grand Parents of the fathers have not been involved in there lives sence birth. I would like my children to be with my mother.

Theresa Allen

12-4-09