EXHIBIT "M"

# Post-Removal Staffing Form

The following forms must be brought to the staffing: Safety Assessment or Risk Assessment if complete, Affidavit for Removal, and (if FAD placement) Child's Preliminary Service Plan Form 2657(Basic) or 2073(Treatment).

Staffing Date: 12/17/2009

Staffing Participants: Yolanda Alpough, Stephanie Hammon, Ivy Chambers

| | |
|---|---|
| Case Name: Renesha Y. Allen | Case ID: 32961531 |
| Removal Worker: Yolanda Alpough | Removal Supervisor: Stephanie Hammon |
| Phone Number: 713 986 3330 | Phone Number: 713 986-3336 |
| Adversary Hearing: 12/17/2009 | Status Hearing: |
| Court: 314TH | Cause Number: 200908650J |
| Date case due to Conservatorship Unit: 12/17/2009 | |

### Child(ren)

| Name | Age | Date of Placement | Current Placement | Ethnicity |
|---|---|---|---|---|
| ELISHA T. ALLEN | 4 | 12/04/2009 | 1402 DABNY HEATH LN HOUSTON, TX 77073 | Blk/wht |
| KATELYNN T. ALLEN | 3 | 12/04/2009 | 1402 DABNY HEATH LN HOUSTON, TX 77073 | Blk/wht |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Parents/Caretakers

| Name | Relationship | Address/Phone | Ethnicity |
|---|---|---|---|
| Renesa Y. Allen | Mother | 2005 Jacqueline Houston, TX 77055 713 957-2413 ext 100 | Black |
| Mark Allen Andrews | Alleged FA | LKA 208 South Humble, TX 77338 | |
| Joe Unk | Alleged FA | | |
| | | | |
| | | | |
| | | | |

### Relatives & Significant Others

| Name | Relationship | Address/Phone | Ethnicity |
|---|---|---|---|
| Teresa Allen | MGMO | 20919 Brinamwood #713 Humble, TX 77338 (281) 821-2121 | Blk |
| | | | |
| | | | |

Primary language of children and family: ENG
Has home assessment been requested? ☒Yes ☐No ☐N/A
Does a home assessment need to be requested? ☐Yes ☒No ☐N/A

TDFPS000167

# Post-Removal Staffing Form

2

If yes, provide information on family to be assessed:
Has a referral been made for a Family Group
Decision Making Conference?   ☐ Yes  ☒ No  ☐ N/A

## Reason for Removal (Facts/Risk)

MO has current and past drug history. She is currently in drug rehab.

MO has due to her history of drug usage had a problem with stability (lack of stable housing).

## Permanency Plan

**Initial Permanency Plan:**
☒ Reunification
☐ Adoption
☐ Permanent Placement with Relatives
☐ Other _____

**Concurrent Permanency Plan:**
☐ Reunification
☒ Permanent Placement w/Relatives
☐ N/A     ☐ Other _____
☐ Adoption

## Recommended Services for Parent/Caretakers

Name: <u>Renesha Allen</u>
☐ Psychological Evaluation     ☒ Psychiatric Evaluation
☒ Parenting Classes            ☒ Alcohol/Drug Assessment
☒ Random Drug Testing          ☐ _____
☐ _____                        ☐ _____

Name: <u>Mark Anderews</u>
☐ Psychological Evaluation     ☒ Psychiatric Evaluation
☒ Parenting Classes            ☐ Alcohol/Drug Assessment
☐ Random Drug Testing          ☐ _____
☐ _____                        ☐ _____

Name: <u>Teresa Allen</u>
☐ Psychological Evaluation     ☒ Psychiatric Evaluation
☒ Parenting Classes            ☐ Alcohol/Drug Assessment
☒ Random Drug Testing          ☐ _____
☐ _____                        ☐ _____

**Evaluation of each child's behavior, level of functioning, and presence of mental retardation or Developmental Disability:**

<u>Elisha was speech delayed but received treatment and is much better. He is a very friendly child and plays well with others. MO thought he would suffer from separation anxiety but so far he has</u>

TDFPS000168

Last updated 12/16/2009                                   Form 6589

# Post-Removal Staffing Form 3

not had any problems in placement.. MO thought Elisha would beat his head on the floor after a few days because he would be missing her.

Katelynn is a very smart child who loves to count. She likes to play and loves Dora the Explorer. There does not appear to be any developmental delays in Katelynn.

Child's Name

Observations and opinions of the primary substitute caregiver for each child:

Elisha T. Allen is an active child is appears to have been responsible for his sister. The caregiver said that someone has been hitting the children because Elisha was about to hurt his sister and she raised her voice (out of fear) to say NO and they both ducked and covered their heads. She said she had to sit and talk to them and tell them that she was not going to be hitting them, that no one would be hitting them.

Katelynn is a smart child who is very dependent on her brother. She has adjusted well to the placement and is enjoying being in the school / daycare.

Worker's impressions on each child:

The children were friendly and smart. They did not have a problem being placed at all. They walked into the foster home and said we like your house and started playing. The children are craving attention and love.

I did not see a bond with the grandmother. When she asked them for a hug when we were getting ready to leave both children looked away from the grandmother as she tried to hug them she asked Elisha to look at her and made him promise to take care of his sister.

TDFPS000169

Last undated 12/16/2009

## Post-Removal Staffing Form

4

**Assessment services to be obtained/ time frames to obtain them for each child:**

| Services | Provider | Time Frames |
|---|---|---|
| Assessment of Health Status (including Physical and Dental | Dental appointment 12/18/2009 | 1 Months |
| | OV had a physical on 12/07/2009 | 1 month |
| Evaluation of child's basic social and developmental needs | The children are attening Oakdale Private School | 1 Month |
| If suspected, determination of mental retardation or developmental disability, unless determination has been made and documentation has been obtained or can be obtained | N/A | 1 month |
| Determine child's ongoing relationships with immediate and external family members | Evaluation of Family members psychological state should be done | 3 month |
| Child care needs during assessment period | | 3 months |
| Immediate Treatment needs | Counseling | 1 month |

TDFPS000170

Last undated 12/16/2009

Form 6590

# Post-Removal Staffing Form

5

|  |  |  |
|---|---|---|
| Psychological Evaluation |  | 3 month |
| Psychiatric Evaluation |  | 3 months |
| Other (including education needs) |  |  |

**Visitation Plan**

Bi-Weekly with MO

**Placement Issues for each child**

None at this time

___

___

**Legal Issues (if any)**

None at this time

**Medical Designee for each child:**

Primary: DeKesha Vaughn

___

___

___

Back-up: Yolanda Alpough

___

___

___

TDFPS000171

Last undated 12/16/2009    Form 6589

# Post-Removal Staffing Form

6

**Status of Child Placement Resource Form:**

Given to mother

**Notes/Other**

———

**Reviewed and Approved by:**

| Worker | Date |
|---|---|
| Yolanda Alpough | 12/11/2009 |

| Supervisor | Date |
|---|---|
| Stephanie Hammon | 12/16/09 |

TDFPS000172

Last updated 12/16/2009

Form 6590