IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, §<br>AND AS NEXT FRIEND TO ELISHA TYRELL §<br>ALLEN AND KATELYNN TYREAL ALLEN §<br>    PLAINTIFFS, §<br> §<br>V. §<br> §<br>TEXAS DEPARTMENT OF FAMILY AND §<br>PROTECTIVE SERVICES, HOWARD BALDWIN §<br>YOLANDA ALPOUGH, ADRIAN HOMER, §<br>STEPHANIE HAMMON, IVY CHAMBERS, §<br>AND UNKNOWN COMMISSIONERS, §<br>SUPERVISORS OR DIRECTORS OF §<br>YOLANDA ALPOUGH, ADRIAN HOMER §<br>AND STEPHANIE HAMMON §<br>    DEFENDANTS. § | CIVIL ACTION NO.4:11-CV-04170 |

**PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Theresa Allen, individually files this Notice of Substitution of Counsel of Record, respectfully showing the Court as follows:

1. Attorney Chris Branson has filed a Motion to Withdraw as attorney of record for Theresa Allen.

2. Plaintiff Sonya O. Wallace of Wallace & Watson, P.C. enters

her appearance as counsel of record for the Plaintiff, Theresa Allen.

3. Plaintiff, Theresa Allen asks that the Clerk of this Court and all counsel of record take notice of this change in representation for Plaintiff, Theresa Allen.

        Respectfully submitted,

        Wallace & Watson, P.C.

        /s/ Sonya Wallace
        BY: Sonya Wallace
        TBN: 20776455
        Fed I.D. No. 10436
        2626 South Loop West, Ste. 400
        Houston, Texas 77054
        Tele: 713-661-3231
        Fax: 713-661-8212
        Attorney for Plaintiffs
        swallace4627@yahoo.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on May 7, 2013, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) with the Clerk of the Court of the U.S. District Court for the Southern District of Texas, and that counsel identified below would be advised of and given access to a copy of the filing.

Gunnar P. Seaquist
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 475-4083
Fax: (512) 320-0667
Attorney for Defendants

Mr. Chris Branson
5380 West 34th Street #221
Houston, Texas 77092
Tele: 832-794-3338
Fax:  713-290-1717