IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THERESA ALLEN, INDIVIDUALLY, | § | |
| AND AS NEXT FRIEND TO E.T.A. | § | |
| AND K.T.A. | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:11-CV-04170 |
| | § | |
| YOLANDA ALPOUGH, ADRIAN HOMER, | § | |
| STEPHANIE HAMMON, AND IVY CHAMBERS, | § | |
| | § | |
| DEFENDANTS | § | |

## ORDER

Before the Court is *Defendants' Unopposed Motion for Leave to File an Amended Answer and Affirmative Defenses*. The Motion is hereby GRANTED and the clerk shall enter Defendants' Amended Answer and Affirmative Defenses in the record in this cause.

It is so ORDERED this 15th day of May, 2013.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE