IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, AND AS NEXT FRIEND TO ELISHA TYRELL ALLEN AND KATELYNN TYREAL ALLEN<br>    PLAINTIFFS,<br><br>V.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, AND UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMERAND STEPHANIE HAMMON<br>    DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO.4:11 CV-04170 |

**ORDER ON PLAINTIFFS' MOTION FOR RECONSIDERATION**

Upon consideration of Plaintiffs' Motion for Reconsideration, it is hereby ORDERED that the Motion shall be granted.

It is further ORDERED that the Court's Order dismissing all claims against the Texas Department of Family and Protective Services, dated March 5, 2012 shall be set aside.

IT IS SO ORDERED this _____ day of _____, 2013.

_____
HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, a true and correct copy of Plaintiffs' Order on Plaintiffs' Motion for Reconsideration was forwarded via CM/ECF with the Court Clerk to Gunnar P. Seaquist, Assistant Attorney General, attorney for the Defendants.

/s/ Sonya Wallace
Sonya Wallace
