IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, AND AS NEXT FRIEND TO ELISHA TYRELL ALLEN AND KATELYNN TYREAL ALLEN<br>　　　　PLAINTIFFS,<br><br>V.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, AND UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMERAND STEPHANIE HAMMON<br>　　　　DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO.4:11 CV-04170 |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND/OR SUPPLEMENT PLAINTIFF'S SECOND AMENDED COMPLAINT

Upon consideration of Plaintiffs' Motion for Leave to Amend and/or Supplement its Second Amended Complaint, it is hereby ORDERED that the Motion shall be granted.

It is further ORDERED that Plaintiffs shall file a supplement to its Second Amended Complaint by _____, 2013.

IT IS SO ORDERED this _____ day of _____, 2013.

_____
HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, a true and correct copy of the Proposed Order on Plaintiffs' Motion for Leave to Amend and/or Supplement Plaintiffs' Second Amended Complaint, was forwarded via CM/ECF with the Court Clerk to Gunnar P. Seaquist, Assistant Attorney General, attorney for the Defendants.

/s/ Sonya Wallace
Sonya Wallace