IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, AND AS NEXT FRIEND TO ELISHA TYRELL ALLEN AND KATELYNN TYREAL ALLEN <br> PLAINTIFFS <br><br> V. <br><br> TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, AND UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON <br> DEFENDANTS | CIVIL ACTION NO. 4:11-CV-04170 |

## ORDER

Before the Court is *Plaintiff's Motion for Reconsideration and Motion for Leave to Amend or Supplement Plaintiffs' Second Amended Complaint*. The Motion is hereby DENIED.

It is so ORDERED this 8th day of July, 2013.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE