IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, <br> AND AS NEXT FRIEND TO ELISHA TYRELL <br> ALLEN AND KATELYNN TYREAL ALLEN <br> PLAINTIFFS <br><br> V. <br><br> TEXAS DEPARTMENT OF FAMILY AND <br> PROTECTIVE SERVICES, HOWARD BALDWIN, <br> YOLANDA ALPOUGH, ADRIAN HOMER, <br> STEPHANIE HAMMON, IVY CHAMBERS, <br> AND UNKNOWN COMMISSIONERS, <br> SUPERVISORS OR DIRECTORS OF <br> YOLANDA ALPOUGH, ADRIAN HOMER <br> AND STEPHANIE HAMMON <br> DEFENDANTS | CIVIL ACTION NO. 4:11-CV-04170 |

## ORDER

Before the Court is *Defendants' Motion for Leave to Late-File Motion for Summary Judgment on Qualified Immunity Grounds*. Having considered the motion, the Court finds that it is meritorious and hereby GRANTS the motion. The clerk is ordered to file *Defendants Motion for Summary Judgment on Qualified Immunity Grounds*, and the same will be deemed timely filed and set for submission.

It is so ORDERED this _____ day of _____, 2013.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE