IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, and as NEXT FRIEND to E.T.A. and K.T.A.<br>　　Plaintiffs<br><br>v.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, and UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>　　Defendants | CIVIL ACTION NO. 4:11-cv-04170<br><br>JURY TRIAL REQUESTED |

## PLAINTIFFS' AMENDED LIST OF PERSONS AND ENTITIES THAT ARE FINANCIALLY INTERESTED IN CASE

　　Plaintiffs file this List of Persons and Entities that are Financially Interested in Case in compliance with this Court's Order for Conference.

**State of Texas**
Greg Abbott, Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

**Texas Department of Protective and Regulatory Services**
Howard Baldwin, Executive Director
701 West 51st Street
Austin, Texas 78751

1

**Howard Baldwin**
701 West 51st Street
Austin, Texas 78751

**Yolanda Alpough**
2500 Bolsover
Houston, Texas 77005

**Adrian Homer**
9333 Bryant
Houston, Texas 77075

**Stephanie Hammon**
2500 Bolsover
Houston, Texas 77005

**Ivy Chambers**
2500 Bolsover
Houston, Texas 77005

**Unknown Commissioners, Supervisors or Directors of Yolanda Alpough, Adrian Homer and Stephanie Hammon**
Addresses Unknown

**Theresa Allen**
Plaintiff

**E.T.A. and K.T.A., Grandchildren of Theresa Allen**
Plaintiffs

**Sonya Wallace**
**Wallace & Watson, P.C.**
Attorney for Plaintiffs
2626 South Loop W. #400
Houston, Texas 77054

**Chris Branson**
Former Attorney for Plaintiff Theresa Allen
5380 West 34th Street #221
Houston, Texas 77092

**Tom Sanders**
Former attorney for K.T.A.
P. O. Box 1860
Sugar Land, Texas 77478

**Steven Poock**
Former attorney for E.T.A.
P. O. Box 984
Sugar Land, Texas 77487

                Respectfully Submitted,
                Wallace & Watson, P.C.

                By: /s/ Sonya Wallace
                Sonya Wallace
                Texas Bar No.: 20776455
                Southern Dist. of Texas Bar No.: 10436
                2626 South Loop West, #400
                Houston, Texas 77054
                Tel: (713) 661-3231
                Fax: (713) 661-3231
                ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

All defendants are represented by attorney Gunnar Seaquist, Assistant Attorney General for the State of Texas. Service was accomplished in compliance with Federal Rule of Civil Procedure 5(b) this July 12, 2013.

                /s/ Sonya Wallace
                Sonya Wallace