439 Allen-2009-08650J/314th

*FBSS Assessment*

| | |
|---|---|
| Case Name: | Allen, Renesha Y |
| Case #: | 32961531 |

## Contact Log Narrative

Date From: 9/27/2007                                  Date To: 12/9/2009

Contact ID: 114260789
Contact Date and Time: 9/27/2007 10:00 AM
Type: Contact
Purpose: Case Planning - TCM
Method: Staffing
Location: FPS Office

Attempted: No

Narrative: Yes
Contacted By: Joy Y Urquhart
Names: Allen, Elisha T
Allen, Katelyn
Allen, Renesha Y
Allen, Teresa

### CONTACT NARRATIVE

Assessment conducted by: Joy Urquhart
Date: 9/25/07
Date of staffing: 9/27/97

Case Name: Allen, Renesha                           Case ID#: 26344955
Family Members Present for Assessment:
Renesha Allen, Teresa Allen, Elisha Allen and Katelyn Allen

**CHILD FACTORS (educational, behavioral, medical/dental/psychological)**
*list each child separately*
Elisha Allen          DOB: 2/19/05          2 y/o
Educational: N/A
Behavioral: His grandmother reports that he exhibited self-injurious behavior when he first moved into her home. He scratched himself and would run into walls. Elisha was playful when meeting me. However, he would run with full force towards me, at times.
Medical: His grandmother reports a possible spider bite on his anal area while with his mother-it grew into a boil and needed medical attention. He has had several ear infections and excessive wax build up. His grandmother reports that he squints and rubs his eyes.
Dental: None reported at this time.
Psychological: His grandmother reports that his attitude has changed since his mother has been involved. She feels that he needs to be socialized around other children.

Elisha is an active boy. His mother interacted well with him. She was able to play and set limits with him. He immediately ran over to me when I arrived. No marks or bruises were observed. He was neat and clean in appearance.

Katelyn Allen          DOB: 12/8/06          9 months
Educational: N/A
Behavioral: No problems reported. ECI appointment is scheduled for 9/26/07.
Medical: None reported at this time.
Dental: None reported at this time.
Psychological: None reported at this time.

Texas Department Of Family and Protective Services                            Page 1 of 27

440 Allen-2009-08650J/314th

Case Name: Allen,Renesha Y
Case #: 32961531

## Contact Log Narrative

Katelyn smiled frequently and easily engaged with others. She has good attachment with her mother at this time. She appears to be well taken care of and was appropriately dressed.

ADULT HISTORY, CURRENT FUNCTIONING AND PARENTING ABILITY (education, employment, medical/psychological, mental health, substance abuse, extended family, support systems, etc.)

Renesha Allen          DOB: 2/12/84         23 y/o

Education: She completed 12th grade and went to Prairie View A&M for a 3 month "access program." She also went to MTI, School of Business. She needs 2 more semesters to complete the program. She said that she had close to a 4.0 at one time.

Employment: She is not currently employed. Ms. Allen has worked at several day cares in the past. The longest time that she held a job was 9 months at Tinseltown while she attended high school.

Medical: She said that she had no medical issues or medications. Ms. Allen said that she had 2 c-sections. Her tubes have been tied. She almost miscarried with both children and almost lost her own life both times. The grandmother reports that the mother has herpes. The mother has just received her Medicaid card.

Psychological: She has been to MHMRA and gotten evaluated. She reports that nothing was diagnosed. She was also evaluated at Covenant House at age 20. Ms. Allen reports that she has a learning disability and gets SSI. She could not describe what the disability is except that she needs extra help at school and her work had to be "modified." She has been diagnosed with ADHD in the past. Ms. Allen was observed to be focused and calm during our visit.

Mental Health: She attended therapy from age 13-18 and after both births.

Substance Abuse: She has been using marijuana since childhood. A few months ago, she started using crack for about a month. Ms. Allen thinks that she has the ability to stop whenever she wants. The grandmother states that the mother used ecstasy, also.

Support Systems: She reports that she does not have any friends. The grandmother and great-grandmother are supportive.

She told me that CPS has been called four times. Ms. Allen is aware that her mother called for at least a couple of them. She told me that she previously lived in a very nice apartment with a "studio" in it while living in Beaumont. Ms. Allen is interested in pursuing her interest in music. There were some friends at her apartment. The police were called and marijuana was found on one of the men. She was evicted. Ms. Allen placed both of the children with her mother. She considered moving to either Galveston or Houston. She caught a ride with some people to Galveston, but there was car trouble. When Ms. Allen returned to her apartment [30 days to move out] her apartment had been robbed. She said that Teresa Allen believes in tough love. She would only call her grandmother who would then call Teresa Allen. Ms. Allen has had a rocky relationship with her mother. I asked if Ms. Allen was abused as a child. She took a long time to answer and then said no. I explored the topic further. Ms. Allen stated that her stepfather sexually abused her and physically abused her brother. Her mother did not believe the sexual abuse occurred. The abuse lasted from age 11-15. Teresa Allen separated from him and got a divorce when she was 17. She states that she got through that period of her life by keeping busy and being involved in activities. Ms. Allen states that: Mark Allen Andrews (DOB: 2-25-86) is the father of her son. She met him while she was at Covenant House, a place she describes for teenagers to go when troubled.) Ms. Allen does not know who the father of her daughter is. She thought it was Bryan Keith Maurice, but had doubts because of the child's

Case Name: Allen, Renesha Y
Case #: 32961531

## Contact Log Narrative

appearance. Since her daughter has very fair skin, Ms. Allen thinks the father is probably a Caucasian man, Joe. She does not know his last name, but he works with computers. Ms. Allen's biological father lives in Beaumont. She has only seen him four times in her life. He is on crack and is a mechanic.

She plans on going to Pauline Clancy for therapy. Ms. Allen went to her after both births of her children.

Teresa Allen         DOB: 6/1/66         41 y/o
Education: She got pregnant in high school and left senior year of high school. Ms. Allen completed a program for computer operations and administrative assistance.
Employment: None.
Medical: Ms. Allen had a medical procedure that severed her ureter. As a result, she was in/out of the hospital and on bed rest. She is on disability, as a result. Ms. Allen does not take medication.
Psychological: After her medical procedure, she was diagnosed with depression. She did not take the prescribed Depakote or Valium. Ms. Allen does not like taking medication.
Mental Health: Ms. Allen believes in therapy and counseling. She has attended sessions when experiencing difficulties. Also, she has sent her children to counseling when they were younger.
Substance Abuse: None reported. Her father was an alcoholic.
Support Systems: Church; friends; she has some contact with her mother, but none with her 11 siblings

Teresa Allen is very concerned about her grandchildren. She's frustrated because she readily admits that she called CPS in the past regarding the care of her grandchildren. Ms. Allen lives in a very nice home that is well maintained. She is on disability, but is physically able to take care of the grandchildren. Ms. Allen was observed to run around and play with Elisha several times during the visit. She states that she is experiencing financial strain and would appreciate any assistance. Ms. Allen is aware that this is a voluntary placement and there is no financial assistance provided. However, she understands that there are resources available for help with her grandchildren.

Teresa Allen repeatedly said that her daughter is a great mother to her children. However, she gets around the wrong individuals. When she does drugs, then she is unable to care for them appropriately. She has 11 siblings, but does not have any contact with them. Ms. Allen said that she ran away from home. She described a lot of incest and family dysfunction. Ms. Allen said that she was always the one who spoke up and her family disliked her for that.

FAMILY FUNCTIONING:

Family concerns:
Teresa Allen requested: a bed for Elisha and day care for the children.
Family's Expectations of CPS:
Renesha Allen said that she had "no idea" of what to expect from CPS. However, she wants something good to come out of a bad situation.
Family's Expectation of Their Children and Self:
Everyone is open to services.

442 Allen-2009-08650J/314th

Case Name: Allen,Renesha Y
Case #: 32961531

## Contact Log Narrative

Support Systems for Family:
Church, great-grandmother of children and mother's friends.
Goals/Needs Identified by Family:
Renesha Allen wants to: pursue her music career, be a good mother, and finish school. Teresa Allen wants her daughter to complete a budget. There have been bounced checks and bank fees.
Family Strengths:
Teresa Allen believes in tough love with Renesha, but understands that the grandchildren need to be properly cared for. They are able to put the needs of the children first. Teresa Allen has two cars and able to assist with/provide transportation. Renesha is a loving mother to her children.

CONCLUSION
Renesha Allen is able to talk about her feelings and choices. She admits that she has problems. Ms. Allen used crack as recently as a month ago. She is unable to provide a safe and stable home at this time.

### Risk Not Previously Identified

CHILD VULNERABILITY
There are two children under five in the home.
HOME ENVIRONMENT
The family is experiencing financial strain.
CAREGIVER CAPABILITY
Renesha Allen has a lack of impulse control as evidenced by her drug use. She states that she has been diagnosed with ADHD and a learning disability. She also states that she was sexually abused by her stepfather.
QUALITY OF CARE
There are indications that Renesha Allen had inappropriate individuals around her children and they were inadequately supervised.
SOCIAL ENVIRONMENT
Renesha Allen was in a violent relationship with her past boyfriend.
RESPONSE TO CPS
This is not an area of concern at this time.
MALTREATMENT PATTERN
The family has had three prior CPS referrals. Renesha Allen said that she has a history of sexual abuse.

Recommended Services/Issues to Address:

---

Contact ID: 114025852
Contact Date and Time: 9/28/2007 12:00 AM
Type: Monthly Evaluation
Purpose:
Method:
Location:

Attempted: No

Narrative: Yes
Contacted By: Joy Y Urquhart
Names:



Texas Department Of Family and Protective Services

Page 4 of 27