409 Allen-2009-08650J/314th

# HARRIS COUNTY PROTECTIVE SERVICE for CHILDREN & ADULTS
## MEDICAL/DENTAL CLINIC

I, _Renesha y All_ Renesha y Allen,
(**Mother**/ Father / Family member / Significant other))
am working with the Texas Department of Family and Protective Services (DFPS) regarding my children/family. I have signed a service plan with DFPS/ or are part of a home study with DFPS/ and/ or have been court ordered: to do random drug testing. I understand these random drug tests may be given to me at the Harris County Protective Services Medical/Dental Clinic at 6300 Chimney Rock Rd.

I hereby voluntarily give my consent for Harris County Protective Services, Medical/Dental Clinic to perform a drug-screening test for the presence of any unauthorized or illegal substances present in my system, on the _23_ day of _Oct_, 200_9_. I further release the Harris County Protective Services Medical/Dental Clinic from any liability in regard to the drug test and/or its results.

I understand that the results of this test will be confidential with the exception that these results will be made available to my DFPS caseworker and/or court system when appropriate.

_Renesha y all_     10/23/09
**Signature**      **Date**

_2000 Tidwell_     _281 865 0192_
**Address**      **Home Phone#**

_Yalonda_
**Caseworker**   **Unit#**   **Tele#**   **MC**

CW confirmation: [ ] court order [ ] service plan [ ] home study [ ] Investigation . (Check One)

⬇ ⬇ ⬇ FOR CLINIC USE ONLY ⬇ ⬇ ⬇

| DRUG TEST LOT | LOT# | EXPIRATION DATE |
|---|---|---|
| DrugCheck9 | A903097509 | Feb 2011 |

URINE Temp. _94_ F°

| DRUG | RESULT |
|---|---|
| AMP | ✓ |
| BAR | ✓ |
| BENZ | ✓ |
| COC | ✓ |
| METH | ✓ |
| MORP | ✓ |
| PCP | ✓ |
| THC | ✓ |
| TCA | ✓ |
| ETOH | ✓ |

| COLOR | | APPEARANCE | |
|---|---|---|---|
| Amber | | Clear | ✓ |
| Lt. Amber | ✓ | Hazy | |
| Dk. Amber | | Cloudy | |
| Straw | | Milky | |
| Yellow | | Blood-tinged | |
| Brt Yellow | | Bloody | |
| Pale Yellow | | | |
| Lt Yellow | | | |
| Clear | | | |

POSSIBLE ADULTERATION ☐ YES ☒ NO    HOW? ☐ Dilution  ☐ Substitution  ☐ Additive

Chain of Custody - (Collector): _Karen Stephens, MA_     Date _10/23/09_
**Nurse/Technician Signature**                    **Date**