TDFPS000010

Elisha Allen (4), was initially interviewed by CVC.

When I spoke with [him] he was able to distinguish the difference between the truth and a lie when given an example. He promised to tell the truth. Worker asked Elisha what he called the places on his body that no one is supposed to touch. Elisha said, nobody supposed to touch his front or his butt. Elisha denied being touched. He denied being shown any movies, pictures or magazines of people or children with no clothes on.

Watching Oprah w/ Elisha
11/6/09
Decided I'm the one
4:46pm