# Region 6 Removal Staffing Form

## STAFFING INFORMATION

Date of Staffing: 12/03/09
Form Completed by: Stephanie Hammon
Worker Name/ Unit #: Yolanda Alpough #46
Program Director/Supervisor: Ivy Chambers/Stephanie Hammon
Staffing Participants: Yolanda Alpough, Stephanie Hammon, Ivy Chambers

## DEMOGRAPHIC INFORMATION

Case Name/IMPACT ID#: Renesha Y. Allen case #32961531
Children/DOB: Elisha Allen    DOB: 2/19/05
         Katelynn Allen  DOB: 12/08/06


Significant Other, Relatives,
    Absent Parent(s): Mark Allen Andrews

## PREVIOUS CPS INVOLVEMENT:

**03/26/06    NSUP; PHNG    Ruled Out – Factors Controlled**

Mentally ill, drug addict MO is exposing 2 y/o OV and 3 month-old SB to the strong odor of marijuana and a gas leak in the home—placing them at potential risk of physical harm. There is no water in the home, and hazardous holes in the floors of the house. MO may also be leaving OV and SB home alone when she goes out prostituting at night.

**03/26/06    NSUP    Ruled Out – No Significant Factors**

Intoxicated caregiver with mental health and possible untreated seizure condition is unable to provide inadequate supervision of 1yo child and places him in situations that expose him to risk of harm.

**03/08/06    NSUP; PHAB    Ruled Out – No Significant Factors**

The 1 y/o victim is around people of questionable character, drugs and prostitution. OV has a real bad rash all over his bottom area that may not have been treated by a doctor. MO constantly has a lot of different men in and out of the house around the OV. There weeks ago, OV had a black eye and a couple of bruises on his back. MO gave two different stories about how the bruises occurred.

**08/06/07    NSUP; PHAB; SXAB    Ruled Out - Risk Indicated**
Both children were examined at the CAC clinic and there were no indications of abuse. Mother, Renesha Allen, was interviewed and she indicated that she was having a lot of problems and needed to get herself together, so she gave her children to grandmother, for a month, and this was why the report was made. She indicated that she used drugs for the moth that she was gone, but

TDFPS000561

was completely over her experimenting. Grandmother, Teresa Allen, was interviewed and she indicated that there was bitter blood between her and mother. She indicated that she was overwhelmed with caring for her grandchildren given her condition; memory loss from a surgery that went bad. The family has prior DFPS history; case referred for FBSS services

**FBSS services opened from 9/28/07 - 9/04/08**
Mother successfully completed services and received on-going assistance through the Bonita House. She severed ties with the grandmother and the children remained in her care at the conclusion of the case.

## CURRENT INFORMATION:
4 year old is overly emotionally without an outcry of SXAB. 2 year old displays sexually inappropriate behavior. Caregiver of victims is using illegal substances and does not adequately supervise victims.

## AREAS OF CONCERN ADDRESSED:
1. Child Vulnerability: Somewhat
   Child Fragility:
   Child Behavior:
   Protection Yes
2. Home Environment: Somewhat
   Stressors:
   Dangerous Exposure:
3. Caregiver Capability: Considerable
   Knowledge:
   Skills:
   Capability:

   Quality of Care: Very Little
   Physical Care:
   Emotional Care:
   Quality of Connection:
5. Social Environment: Somewhat
   Social Climate:
6. Response to CPS: Very Little
   Attitude:
   Deception:
7. Maltreatment Pattern: Somewhat
   Chronicity:
   Current Severity:
   Trend:

## EFFORTS TO PREVENT SUBSTITUTE CARE PLACEMENT:
1. Are there any relatives/kinship who are interested in caring for this child long-term. Yes, the maternal grandmother

2. If so, where do they reside and set date to begin home study? Kinship has been sent the request
   DATE TO BEGIN STUDY:

## WORKERS PRIMARY SAFETY CONCERNS:
None

## OTHER ISSUES DISCUSSED AT STAFFING:
The grandmother is very aggressive in seeking that the children are placed in her home. There are concerns with the grandmother's ability to care for the children.

TDFPS000562

## TASKS NEEDED TO CONTROL SAFETY/PERSON RESPONSIBLE AND DATE:
n/a

## TASKS NEEDED TO PROMOTE PERMANENCY:

1. Does this child(ren) need a legal risk placement? No
(If so, instruct worker to inform FAD of this need and to place child in legal risk.)

2. Does this case situation and history have aggravated circumstances to preclude the need for services and to accelerate the need for termination? No
(If so, instruct worker to proceed with accelerated termination proceeding with legal.)

3. Are there siblings in care or adopted? No
(If so, need to contact care giver of siblings regarding this child.)

## OTHER FOLLOW-UP TASKS NEEDED:
Request Kinship study on the grandmother.

## DECISION REGARDING REMOVAL:
I received a referral on August 23, 2009 alleging sexual abuse and drug abuse by Renesha Allen, a 25-year-old mother of two children Elisha (4), and Katelyn (2) Allen. There were allegations that the grandmother went to the home and the mother had a paramour in the home and there was a prominent smell of marijuana. There were allegations that the mother Renesha Allen began using drugs again soon after she completed her drug treatment program August 2007. The referral alleged that Renesha Allen has men in and out of the home which exposes the children to danger. The referral also alleged sexual abuse in that Katelyn who is 2 years old, is aggressive with men by going up to them and trying to sit on their penises. The referral alleged that mom's paramour touched Katelyn's chest and pulled her to his crotch. The referral also alleged that mom Renesha Allen has been leaving the children with different people. There were allegations that the children have been seen with bruises.

I addressed the allegations of drug use with Ms. Renesha Allen who denied using any form of drugs. I explained that due to her prior drug history we would be requesting that she take a drug test. Ms. Renesha Allen asked if she could wait until next week to take the test. I explained that I needed her to take the drug test within a couple of days. I explained that if she passed the test, we could talk about closing her case since the children had not disclosed sexual abuse. Ms. Renesha Allen said she didn't want to take off from work. I reminded her that she had to take the drug test by the end of the week.

Ms. Renesha Allen took the drug test at Harris County Clinic and it was positive for cocaine. I tried to contact Ms. Allen. Initially the cell was disconnected and then after being reconnected, I left several messages. I later was able to leave message which were no longer returned. I went to the apartment several times finally finding out that Ms. Allen no longer lived there. She had moved. I was unable to locate a forwarding address for Ms. Allen.

On the referral was an old address for the maternal grandmother Theresa Allen. I went to that address and left a card. Approximately two weeks passed before I was able to locate Ms. Renesha Allen through the maternal grandmother, Theresa Allen.