Theresa Allen told me that she has had the children with her since I first went by the apartment. She said her daughter told her I came by and that she needed her, Ms. Theresa Allen to keep the children because DFPS was looking for them. Ms. Theresa Allen said her daughter told her that she was not going to take the drug test for three days so she could take something to clean out her system. Ms. Theresa Allen said her daughter was also evicted from her apartment and that she was hiding her truck from the repo people. Ms. Theresa Allen alleged that there are multiple men around the children. She alleged that she has seen Elisha who is 4 years old with a busted lip and Ms. Allen admitted to (popping him) in the mouth. Ms. Theresa Allen alleged that her daughter Renesha Allen sells drugs sells her food stamps to get cash to get drugs. Ms. Theresa Allen alleged that men in her daughter's life have told her that they bet on who would get Renesha's government check each month. I asked Ms. Theresa Allen if she knew I was looking for the children the three weeks that she had them why didn't she call me. Ms. Theresa Allen then changed what she had previously told me and said that she didn't really know I was looking for the children until I called her. She said I knew the children were safe with me. Ms. Theresa Allen says she does not want her grandchildren in the system. Ms. Allen said she's had a bad experience with DFPS before because they gave the kids back to her daughter Renesha Allen. I explained that her daughter completed drug rehab and we had to give her a chance to parent the children. She said her daughter does not take care of the children as she should. She does not take them to the doctor for their shots she does. Ms. Theresa Allen asked what she could do to get her grandchildren. I explained that her daughter Renesha Allen had told me that she did not want her children with her. I explained that her daughter said that she did not want her to take the children with her to rehab and tried to interfere with her going to DAPA meetings. Ms. Renesha Allen alleged that all the grandmother wanted was the children for money and housing. I explained that the case would be staffed with the program director.

Renesha Allen contacted me on November 20, 2009 and said that she wanted her children to go with her mother Theresa Allen. Ms. Renesha Allen said that her mother did not handle the situation with her ex-husband when she told her he tried to touch her but she feels her children will be safer with family than in foster care. These comments and statements are in total conflict with what Ms. Theresa Allen had told me. She totally denied everything told about allegations of sexual abuse involving the daughter Renesha Allen until after Renesha Allen had been completely grown and out of the home. Ms. Renesha Allen said that her mother is her trigger for drug use. She said she's afraid to tell her that she is. Ms. Renesha Allen said her mother has almost caused her to lose her job by causing problems and chaos all the time coming up to her job. She said her mother causes problems for her everywhere she goes.

Ms. Renesha Allen's prior history includes neglectful supervision and physical abuse in March 2006. That case was ruled out. The referral alleged that Ms. Allen was selling and abusing drugs in the presence of her son Elisha. The referral also alleged that Ms. Renesha Allen was prostituting herself while her son was present. Additionally the referral alleged that Elisha had visible signs of abuse. At that time Ms. Renesha Allen denied all the allegations. Ms. Allen alleged that her mother Theresa Allen had called in the case and she had to quit her job due to the allegations of physical abuse to her son. The maternal grandmother has made allegations of neglectful supervision and physical abuse but she has repeatedly returned the children to the mother or hides the children from DFPS.

August 7, 2007 another referral came in alleging sexual abuse, physical abuse and neglectful supervision. This case was also ruled out. It was alleged that Elisha would try to do sex acts when the grandmother tried to change him. It was alleged that her daughter would watch pornographic tapes with Elisha and Katelyn in the room. The referral also alleged that Ms. Renesha Allen would leave the children alone after they fell asleep and she would go prostitute. The referral alleged that Elisha beats his head on the floor and it is believed that he may be autistic since he cannot speak. The grandmother called stating the daughter's whereabouts were unknown.

Additionally the referral alleged that in June 2007 Elisha had a huge mark to his face and it looked like someone had hit him with brush. There were also allegations of no water, electricity and fights and drugs in the apartment that caused Ms. Renesha Allen to be evicted.

September 27, 2007 the agency offered Ms. Renesha Allen family preservation. Ms. Allen completed drug treatment with her children in the rehab center. She transitioned out of the center into her own apartment and taking her children with her. Prior to that the children had been with the maternal grandmother Theresa Allen who did not want the children to go with their mom into rehab. Ms. Renesha Allen said that she was getting money from the state to care for her mother $300.00 every two weeks and that the money would no longer be going to her mother Theresa Allen if she and her children left Theresa Allen's home. Ms. Renesha Allen has alleged physical abuse by her mother Teresa Allen over the years. There were allegations that the maternal grandmother Teresa Allen is bi polar and schizophrenic but she does not take her medication. In 2007 and the worker spoke with other family member who confirmed that Teresa Allen suffers from Bi- polar and schizophrenia but is not on medication. Per family members the fact that Ms. Teresa Allen is supposed to be on medication is what was used to secure the money from the State for her daughter Renesha Allen to care for her.

The children were not placed with Teresa Allen due to her own admission allegations of abuse or neglect and she either left the children in the environment or hid them and the questions regarding her mental health disorder for which she is not on medication for.

The mother Renesha Allen has prior drug history and an inability to sustain safe and stable housing for her children.

The Department of Family and Protective Services requested managing conservatorship of Elisha and Katelyn Allen due to the history of drug use allegations of neglectful supervision by their mother Renesha Allen and her inability to provide a safe and stable environment for her children.

Supervisor Signature: _____ Date: 12/16/09

Approving PD Signature: _____ Date: 12/16/09

Revised 3/26/04

TDFPS000565