TDFPS000024

# PRELIMINARY HOME STUDY/HOME ASSESSMENT

| Names of children: | Date of Birth: | Cause Number: | Type of Custody |
|---|---|---|---|
| Katelynn Allen | 12/08/06 | 200908650J | TMC |
| Elisha Allen | 02/19/05 | 200908650J | TMC |

### INFORMATION ABOUT THE CHILDREN NEEDING PLACEMENT:
**Give pertinent history, including reason for placement, and any special needs.**
Renesha Allen has two children, Katelynn and Elisha, and has been repeatedly involved with the agency since 2006. Ms. Allen received FBSS services due to drug usage in 2007 through 2008 and successfully completed her services. The most recently involvement was due to allegations of drug usage, which was verified through a UA and the children were taken into CPS custody due to the mother's on-going issues with drug abuse. The children were placed in foster care and the mother is currently in an in-patient drug facility.

Katelynn and Elisha are both healthy children with possible speech delays being identified.

### INFORMATION ABOUT THE RELATIVES OR PROSPECTIVE CAREGIVERS:
**List Household Members, Adults and Children. Include ages, general health information, relationship to children.**
Ms. Sonya Charisse Balenton currently resides alone in her home. She reports that she is in good health and does not take any medication.

Ms. Balenton reports that she has known the children since each were born as she is friends with both the mother and the grandmother to the children. She stated that she knows the family through church and that she is more friends with Ms. Teresa Allen, the children's grandmother. She stated that she has been present for their major milestones in life such has talking and learning to walk.

### HOME ENVIRONMENT:
**Include number of bedrooms and bathrooms, sleeping arrangements, and any health/safety issues.**
A home visit was conducted at 504 Highway 332 Apt. 1022 in Lake Jackson, TX. This is a part of the Villages apartment complex that is gated with controlled access. The apartment is located on the second floor and is a one bedroom/one bathroom model. The home was very clean and free of hazards. Ms. Balenton stated that the apartment complex is willing to work with her to obtain a two bedroom apartment if needed.

TDFPS000025

**FINANCIAL ABILITY TO CARE FOR CHILDREN:**
**Include caretakers' commitment to providing for the financial needs of the children and any information regarding their ability to do so.**
Ms. Balenton reports that she earns $1800 monthly as a sign language interpreter for the Fort Bend School District. Her monthly expenses include:
$645 Rent
$100 Power
$200 Phone, both home and cell phone with internet
$20 Water
$165 Credit card payments
$75 Groceries

Ms. Balenton reports no car payment or insurance payments. She stated that she recently moved so her budget is a little tight, but it is working out.

**ABILITY TO MEET THE IMMEDIATE NEEDS OF THE CHILDREN:**
Ms. Balenton reports that she is able to meet all the basic and individual needs of the children. She reports that she is already looking into local daycare for the children.

**WILLINGNESS TO PROVIDE LONG-TERM CARE FOR THE CHILDREN, IF NEEDED:**
Ms. Balenton expressed that she is willing and able to provide long term care for the children, including till the age of 18.

**WILLINGNESS AND ABILITY TO PROTECT CHILDREN FROM THE PERPETRATORS:**
Ms. Balenton was asked if she would be both willing and able to protect the children and follow direction from CPS about who the children can and cannot have contact with. Ms. Balenton responded that she would be willing to do what CPS asks and that she would do whatever is best for the children.

**RESULTS OF CPS CHECKS:**
No previous CPS history found

**RESULTS OF CRIMINAL BACKGROUND CHECKS:**
No Criminal History found

**SUMMARY:**
**List any concerns that still need to be addressed, estimated date for completed study, and recommendation for placement of children.**
At this time it would be recommended that a full homestudy be completed before approval for placement is made. The apartment the kinship placement currently lives in is too small for a male and female child to reside in as there is no bedroom for the children.

Another concern is that Ms. Balenton resides in Lake Jackson, Brazoria County and works for a school district. The mother's visitations are held at the CPS office and due to the distance and possible scheduling issues with Ms. Balenton's employment; this would not be in the best interest of the children.

There is concern that Ms. Balenton reports that she has no insurance payments, but currently owns and drives a car. There is also concern as to Ms. Balenton's ability to provide for the children financially. She is willing to get a two bedroom apartment, but has indicated that she has a tight budget, which would only become greater with the higher rent for the two bedrooms.

Also the concern of the maternal grandmother's possible influence over the placement would need to be assessed as Ms. Balenton stated that she is more friends with Ms. Teresa Allen and the agency has on-going concerns with the grandmother's involvement with the children and mother.

_____
CPS SUPERVISOR

_____
PROGRAM DIRECTOR