CW: _____ Mail Code: G00-2     ORIGINAL

Cause No. 2009-08650J

IN RE THE CHILD(REN):                   §         IN THE DISTRICT COURT
                                        §
ISHA ALLEN                              §         OF HARRIS COUNTY, TEXAS
KATELYN ALLEN                           §
                                        §
MINOR CHILDREN                          §         314th JUDICIAL DISTRICT

**ORDER FOR DRUG / ALCOHOL / D.N.A. SCREENING**

FILED
DEC 17 2009
Harris County, Texas
By _____ Deputy

The following person(s) are **ORDERED** to:

[ ] Report in person IMMEDIATELY to: National Screening Center
    407 Fannin Street, 1st Floor   Houston, Texas 77002   713-226-7847;    Time: _____

[X] Remain in the Courtroom;

[ ] Allow National Screening Center to collect sample at _____

Each individual is **ORDERED** to remain in their respective location until samples have been drawn. Each individual named herein is ORDERED to provide such personal sample(s) as may be necessary for National Screening Center to perform the **ORDERED** Drug / Alcohol / D.N.A. screening as follows:

| NAME: | DOB | TDL/ID/SS# | TEST |
|---|---|---|---|
| 1. RENESHA ALLEN<br>Relationship: Mother | 12-12-1984 | | [X] UDS<br>[X] HAIR<br>[ ] D.N.A.<br>[ ] ETG<br>[ ] Z.T. |
| 2. MARK ALLEN ANDREWS<br>Relationship: Alleged father | 02-25-1986 | | [ ] UDS<br>[ ] HAIR<br>[ ] D.N.A.<br>[ ] ETG<br>[ ] Z.T. |
| 3. TERESA ALLEN<br>MGM to children | | | [X] UDS<br>[X] HAIR<br>[ ] D.N.A.<br>[ ] ETG<br>[ ] Z.T. |

(UDS = Urine Drug Screen; ETG = Alcohol Test; HAIR = Hair Follicle Drug; D.N.A. Paternity Testing; Z.T. = Zero Tolerance)

It is further **ORDERED** that: [ ] Each party named above is responsible and shall pay for each test administered

[X] The costs of the test shall be paid as follows: HCAO - GDM

The COURT reserves the right to re-allocate the costs of the test(s) between the parties. It is **ORDERED** that as soon as the results of the test(s) are available, National Screening SHALL fax OR deliver the results, with **CASE NUMBER**, to the 314th District Court at FAX # 713.222-4845 for filing with the court **under seal**. National Screening shall also provide the PRINTED NAME of the person transmitting the FAX results, the method(s) by which the person tested was identified and the date and time the sample was taken.

SIGNED ON: DEC 17 2009

_____
JUDGE