Cause No. 2009-08650J

IN RE THE CHILD(REN):

ISHA ALLEN
KATELYN ALLEN

MINOR CHILDREN

IN THE DISTRICT COURT
OF HARRIS COUNTY, TEXAS

314th JUDICIAL DISTRICT

**ORDER FOR DRUG / ALCOHOL / D.N.A. SCREENING**

FILED
DEC 17 2009
Time: _____
Harris County, Texas
By _____
Deputy

The following person(s) are **ORDERED** to:

[ ] Report in person IMMEDIATELY to National Screening Center
   407 Fannin Street, 1st Floor Houston, Texas 77002 713-226-7847;

[X] Remain in the Courtroom;

[ ] Allow National Screening Center to collect sample at _____

Each individual is **ORDERED** to remain in their respective location until samples have been drawn. Each individual named herein is ORDERED to provide such personal sample(s) as may be necessary for National Screening Center to perform the ORDERED Drug / Alcohol / D.N.A. screening as follows:

| NAME: | DOB | TDL/ID/SS# | TEST |
|---|---|---|---|
| 1. RENESHA ALLEN  Relationship: Mother | 12-12-1984 | | [X] UDS  [X] HAIR  [ ] D.N.A.  [ ] ETG  [ ] Z.T. |
| 2. MARK ALLEN ANDREWS  Relationship: Alleged father | 02-25-1986 | | [ ] UDS  [ ] HAIR  [ ] D.N.A.  [ ] ETG  [ ] Z.T. |
| 3. TERESA ALLEN  MGM to children | | | [X] UDS  [X] HAIR  [ ] D.N.A.  [ ] ETG  [ ] Z.T. |

(UDS = Urine Drug Screen; ETG = Alcohol Test; HAIR = Hair Follicle Drug; D.N.A. Paternity Testing; Z.T. = Zero Tolerance)

It is further **ORDERED** that: [ ] Each party named above is responsible and shall pay for each test administered

[X] The costs of the test shall be paid as follows: HCAO - GDM

The COURT reserves the right to re-allocate the costs of the test(s) between the parties. It is **ORDERED** that as soon as the results of the test(s) are available, National Screening SHALL fax OR deliver the results, with CASE NUMBER, to the 314th District Court at FAX # 713.222-4845 for filing with the court <u>under seal</u>. National Screening shall also provide the PRINTED NAME of the person transmitting the FAX results, the method(s) by which the person tested was identified and the date and time the sample was taken.

SIGNED ON: DEC 17 2009 _____
                                    JUDGE