IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, AND AS NEXT FRIEND TO ELISHA TYRELL ALLEN AND KATELYNN TYREAL ALLEN<br>PLAINTIFFS,<br><br>V.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, AND UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMERAND STEPHANIE HAMMON<br>DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO.4:11 CV-04170 |

## ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON QUALIFIED IMMUNITY

Upon consideration of Defendants Yolanda Alpough, Adrian Homer, Stephanie Hammon, and Ivy Chamber's Motion for Summary Judgment Based Upon Qualified Immunity, it is hereby ORDERED that the Motion shall be denied.

IT IS SO ORDERED this _____ day of _____, 2013.

_____
HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE

1