IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, INDIVIDUALLY, AND AS NEXT FRIEND TO ELISHA TYRELL ALLEN AND KATELYNN TYREAL ALLEN<br>*PLAINTIFFS*<br><br>V.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, HOWARD BALDWIN, YOLANDA ALPOUGH, ADRIAN HOMER, STEPHANIE HAMMON, IVY CHAMBERS, AND UNKNOWN COMMISSIONERS, SUPERVISORS OR DIRECTORS OF YOLANDA ALPOUGH, ADRIAN HOMER AND STEPHANIE HAMMON<br>*DEFENDANTS* | CIVIL ACTION NO. 4:11-CV-04170 |

## ORDER

Before the Court is the *Defendants' Agreed Motion to Continue Docket Call*. After consideration of the motion, the Court is of the opinion that the motion should be and is hereby <u>GRANTED</u> in its entirety. Accordingly, the Court hereby amends its scheduling order as follows:

The Joint Pretrial Oder is due by:    September 23, 2013

Docket Call is reset to:    September 27, 2013 at 1:30 p.m.

IT IS SO ORDERED this <u>8th</u> day of August, 2013.

_____
HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE