UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Theresa Allen

v.

Texas Deparment of Family and Protective Services, et al.

                                    Defendant

Case No.: 4:11−cv−04170

Judge Vanessa D Gilmore

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/20/13

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Docket Call

Date:   August 30, 2013

                                                        David J. Bradley, Clerk