436 Allen-2009-08650J/314th

# INVESTIGATION REPORT

| Case Name: Allen, Renesha Y |
|---|
| Case #: 32961531 |

She stated that back in June, 2007, grandmother asked for the children, for a few weeks, and she let her have them, for a week. She stated that she had a studio where she worked, mixing music; pursuing same as a career. She stated that the police were called to her home, one day, and they checked around, found nothing; the children were sleeping, but one of the friends was found with marijuana; she had nothing to do with that. She stated that she suspected that grandmother made a report on her. She stated that, soon after, she was going through a lot, and she called grandmother to get the children because she needed to get herself together. She stated that she was gone for two and a half months. She stated that she was back now and was settling down; scheduled an appointment for 9/10/07 with Dr. Pauline Clancy, a counselor. Mother stated that she and grandmother did not get along. She stated that grandmother treated her like a child.

| 09/06/07 | FTF | Renesha Allen, Mother, age 23 |
|---|---|---|
| | FTF | Teresa Allen, Grandmother, age 41 |

Worker advised mother and grandmother that services would be provided for the family; FBSS. Worker completed a safety plan with mother and grandmother agreeing to the following; (1) mother will continue to let the children live with grandmother until recommended, otherwise, by a therapist. (2) Grandmother will supervise all contacts between mother and the children. (3) The children are not to be left unsupervised with mother. (4) The family will cooperate with the investigation and on-going services. A home visit was scheduled for 9/12/07 @ 10 a.m.-12 noon.

**Date of Contact:** 9/12/2007
**Person(s) Contacted:** Allen, Elisha T
Allen, Katelyn
Allen, Renesha Y
Allen, Teresa

**Date Entered:** 9/12/2007
**Purpose:** Home Visit

**Narrative:**

| 09/12/07 | FTF | Renesha Allen, Mother, age 23 |
|---|---|---|
| | FTF | Teresa Allen, MGM, age 41 |
| | FTF | Elisha Allen, OV, age 2 |
| | FTF | Katelyn Allen, SB, age 7 months |

Worker met the family at home. Mother stated that ……………………………………………………………

**Date of Contact:** 9/14/2007
**Person(s) Contacted:** Other
**Narrative:**

**Date Entered:** 9/14/2007
**Purpose:** Assessment

CPS History
Date of check: 8/7/07

## 26204985

## 03/26/06  NSUP; PHNG  Ruled Out – Factors Controlled

Texas Department Of Family and Protective Services                                                   Page 15 of 17

## INVESTIGATION REPORT

| |
|---|
| Case Name: Allen,Renesha Y |
| Case #: 32961531 |

Mentally ill, drug addict MO is exposing 2 y/o OV and 3 month-old SB to the strong odor of marijuana and a gas leak in the home—placing them at potential risk of physical harm. There is no water in the home, and hazardous holes in the floors of the house. MO may also be leaving OV and SB home alone when she goes out prostituting at night.

## 25828522

### 03/26/06   NSUP   Ruled Out – No Significant Factors

Intoxicated caregiver with mental health and possible untreated seizure condition is unable to provide inadequate supervision of 1yo child and places him in situations that expose him to risk of harm.

### 03/08/06   NSUP; PHAB   Ruled Out – No Significant Factors

The 1 y/o victim is around people of questionable character, drugs and prostitution.
OV has a real bad rash all over his bottom area that may not have been treated by a doctor. MO constantly has a lot of different men in and out of the house around the OV.
There weeks ago, OV had a black eye and a couple of bruises on his back.
MO gave two different stories about how the bruises occurred.

### Criminal Background Checks
### Date Check Completed: 8/15/07

Renesha Allen – No Hits

### Home Visits:

Home visits were conducted on 8/9/07 and on 8/23/07. Worker found the home to be clean and neat; plenty room for play for the children. Worker found ample supply ot food in the fridge and the pantree. Worker noted no health or safety hazards.

### Risk Assessment and Safety-Determination
### Risk finding:

Risk Indicated

### Supporting Rationale:

Caregivers need some services. Mother is very young and dependent on grandmother with whom she did not get along.

**The following risk factors were in categories with a level of concern of somewhat**

Caregiver Capability -

## INVESTIGATION REPORT

| Case Name: Allen, Renesha Y |
|---|
| Case #: 32961531 |

Mother was diagnosed Learning Disabled. Grandmother indicated that she had some mental illness; memory loss.

**The following significant risk factors were controlled and/or reduced by the following actions before the case was closed:**

Caregiver Capability

A safety plan was completed with mother agreeing to leave the children with grandmother, until recommended, otherwise, by a therapist.

**Action taken:**     Removal          FBSS X          Closure

**Ruled Out Allegation**
Based on available information, it is reasonable to conclude that abuse or neglect has not occurred; therefore, the Disposition is Ruled Out:

**Disposition:**



**Neglectful Supervision (NSUP) of Elisha Allen by Renesha Allen – Ruled Out – Risk Indicated**
**Neglectful Supervision (NSUP) of Katelyn Allen by Renesha Allen – Ruled Out – Risk Indicated**
**Physical Abuse (PHAB) of Elisha Allen by Renesha Allen – Ruled Out – Risk Indicated**
**Sexual Abuse (SXAB) of Elisha Allen by Renesha Allen – Ruled Out – Risk Indicated**

Both children were examined at the CAC clinic and there were no indications of abuse. Mother, Renesha Allen, was interviewed and she indicated that she was having a lot of problems and needed to get herself together, so she gave her children to grandmother, for a month, and this was why the report was made. She indicated that she used drugs for the moth that she was gone, but was completely over her experimenting. Grandmother, Teresa Allen, was interviewed and she indicated that there was bitter blood between her and mother. She indicated that she was overwhelmed with caring for her grandchildren given her condition; memory loss from a surgery that went-bad. The family has prior DFPS history; 03/26/06   NSUP; PHNG Ruled Out – Factors Controlled; 03/26/06 NSUP Ruled Out – No Significant Factors; 03/08/06 NSUP; PHAB Ruled Out – No Significant Factors. The family has agreed that there will be no unsupervised contact between mother and the children. The family has agreed that the children will live with grandmother until recommended, otherwise, by a therapist. The criminal history check indicated no hits for all family members. The case was discussed with Officer James Smejkal. The criminal case has been closed as there appears to be no crime. The CPS investigation will be closed with a disposition of Ruled Out - Risk Indicated.