195 Allen-2009-08650J/314th

YOLANDA ALPOUGH 600-2
STEPHANIE HAMMON 600-2

CAUSE NO. _____

| | |
|---|---|
| IN THE INTEREST OF | IN THE DISTRICT COURT OF |
| ELISHA ALLEN | HARRIS COUNTY, TEXAS |
| KATELYN ALLEN | |
| CHILDREN | _____ JUDICIAL FAMILY/JUVENILE DISTRICT |

AFFIDAVIT

STATE OF TEXAS
COUNTY OF HARRIS

BEFORE ME, the undersigned authority, personally appeared YOLANDA ALPOUGH, who was sworn by me and deposed as follows:

"My name is YOLANDA ALPOUGH. I am of sound mind and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. **Information to be Submitted to the Court Pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act**

"The present placement of ELISHA ALLEN, the subject of this suit is: SUBSTITUTE CARE.

The present placement of KATELYN ALLEN, the subject of this suit is: SUBSTITUTE CARE.

At this time, all the places where the children have lived during the last five years and all the names and present addresses of the persons with whom the children have lived during the period are currently not reasonably ascertainable. The Department will continue their investigation and attempt to discover the information.

To the best of my knowledge, the Department:

Has not participated in any capacity in any other litigation concerning the custody of the children in this or any other state;

Does not have information of any proceeding concerning the children pending in a court of this or any other state;

→ Does not know of any person not a party to the proceedings who has physical custody of the children or who claims to have custody or visitation rights with respect to the children."

Affidavit for Emergency Petition for Protection of a Child, for Conservatorship, and for Termination in Suit Affecting the Parent-Child Relationship
Page 1

(cg)
December 7, 2009