UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:11-CV-4170 § § TEXAS DEPARMENT OF FAMILY AND § PROTECTIVE SERVICES, *et al*, § § Defendants. § | |

## ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE FOR LIMITED DISCOVERY

On this day the Court considered Plaintiffs' Motion for Leave for Limited Discovery. Having considered Plaintiffs' Motion, Defendants' Opposition, and all pleadings on file, the Court is of the opinion that the motion is without merit and that it should be DENIED. It is therefore:

ORDERED that Plaintiffs' Motion for Leave for Limited Discovery is **GRANTED IN PART**. Plaintiffs may issue subpoenas or other discovery necessary to update any previously subpoenaed records since the close of discovery.

IT IS ORDERED that any subpoenas or other discovery requests issued by Plaintiff after the February 1, 2013 discovery deadline in the Court's scheduling order (Doc. 21) that are not for the purpose of obtaining updated information are hereby **QUASHED.**

SIGNED at Houston, Texas, this 31st day of October, 2013.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE