UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESA ALLEN, individually, <br> E.T.A., by and through Theresa Allen, and <br> K.T.A., by an through Theresa Allen <br>     Plaintiff, <br><br> v. <br><br> YOLANDA ALPOUGH, <br> ADRIAN HOMER, STEPHANIE HAMMON, <br> and IVY CHAMBERS <br>     Defendants. | § § § § § § § § § § § § NO. 4:11-CV-04170 |

ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITS

CAME ON this day to be heard Defendants' Motion to Exceed Page Limitations with respect to Defendants' Reply to Plainitiffs' Supplemental Response Brief, and after due consideration, the Court is of the opinion that said motion should be GRANTED.

IT IS HEREBY ORDERED that Defendants are granted leave to the exceed page limit for Defendants' Reply to Plaintiffs' Supplemental Response Brief to Defendants' Motion for Summary Judgment.

SIGNED this the _____ day of _____, 2013.

_____
HON. VANESSA GILMORE
United States District Judge